UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18 CR 975 CDP |
| | ) | |
| DUSTIN BOONE and | ) | |
| CHRISTOPHER MYERS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At the hearing held this morning, the Assistant United States Attorney made an oral motion for a continuance of the trial in this case because they expect to seek a superseding indictment.   Neither defendant opposed the motion.   For the reasons discussed in more detail at that hearing, I find, pursuant to 18 U.S.C. §3161(h)(7), that the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act.

Accordingly,

**IT IS HEREBY ORDERED** that the U.S. Attorney's motion for a continuance of the trial is **granted** pursuant to 18 U.S.C. §3161(h)(7).   This matter is removed from the December 2, 2019 trial docket.

**IT IS FURTHER ORDERED** that this case is set for a **Status and**

**Scheduling Hearing on <u>Friday, December 20, 2019 at 9:00 a.m.</u>** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2019.