IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No.: 4:18CR00975 CDP/JMB |
| DUSTIN BOONE, | ) | |
| Defendant. | ) | |

## STATEMENT REGARDING PRETRIAL MOTIONS

**COMES NOW** Defendant, by and through his Attorney, Patrick S. Kilgore, and states that there are no issues that Defendant wishes to raise by way of pretrial motion; that counsel has personally discussed this matter with the defendant; and that the defendant agrees and concurs in the decision not to raise any issues by way of pretrial motions.

Respectfully Submitted,

s/ Patrick S. Kilgore
By: Patrick S. Kilgore, #44150MO
1015 Locust, Suite 914
St. Louis, Missouri 63101
(314) 621-1800
(314) 621-4222 - Fax
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Jennifer Winfield, Assistant United States Attorney.

s/ Patrick S. Kilgore