UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18 CR 975 CDP |
| ) | |
| DUSTINE BOONE, ) | |
| CHRISTOPHER MYERS, and ) | |
| STEVEN KORTE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendant Steven Korte filed a motion for a continuance of the trial in this case. I find, pursuant to 18 U.S.C. §3161(h)(7), that the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act. In particular, for the reasons stated by defendant Steven Korte, it is unreasonable to expect counsel to have adequate time for effective preparation for trial within the time limits imposed by the Act, even taking into account counsels' exercise of due diligence.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Steven Korte's motion for a continuance of the trial in this case [204] is **granted** pursuant to 18 U.S.C.

§3161(h)(7). This matter is removed from the September 28, 2020 trial docket.

**IT IS FURTHER ORDERED** that the **Jury Trial** in this matter as to **defendants Dustin Boone, Christopher Myers and Steven Korte** is **reset** to <u>**Monday, March 15, 2021, at 8:30 a.m.**</u> in a courtroom to be determined.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2020.