IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 4:18CR00975 CDP |
| ) | |
| DUSTIN BOONE ) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR PERMISSION TO TRAVEL

**COMES NOW**, Patrick S. Kilgore, attorney for Defendant DUSTIN BOONE, and respectfully requests permission to travel while on pretrial release in the above entitled Cause.  Defendant wishes to travel to Peoria, AZ to perform work at his sister's and brother in law's residence located at 27195 N. 83rd Dr. Peoria, AZ 85383 from September 7, 2020 until September 11, 2020.  Defendant is employed as an electrician.

Defendant has provided this information to his Pretrial Services Officer Jameka Taylor, and will provide his full travel itinerary and any other necessary information if this request is approved.  Ms. Taylor has no objection to this request.

Counsel has contacted First Assistant United States Attorney Carrie Costantin regarding this request; Ms. Costantin has no objection.  Defendant has been on bond since this case began and has incurred no violations.

Respectfully Submitted,

s/ Patrick S. Kilgore
By: Patrick S. Kilgore, #44150MO
1015 Locust, Suite 1000
St. Louis, Missouri 63101
(314) 753-0096

        patrick@patrickkilgorelaw.com
        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on August 17, 2020, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Carrie Costantin, First Assistant United States Attorney.

        s/ Patrick S. Kilgore
        Patrick S. Kilgore, #44150MO
        1015 Locust, Suite 914
        St. Louis, Missouri 63101
        (314) 753-0096
        patrick@patrickkilgorelaw.com
        ATTORNEY FOR DEFENDANT