IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.: 4:18CR00975 CDP |
| | ) |
| DUSTIN BOONE | ) |
| | ) |
| Defendant. | ) |

**REQUEST TO AMEND CONDITIONS OF PRETRIAL RELEASE**

**COMES NOW**, Patrick S. Kilgore, attorney for Defendant DUSTIN BOONE, and respectfully requests that the Court Amend the conditions of his release to allow defendant to reside at 1332 Common Circle, Cottleville, MO 63304.  Defendant has purchased this property as a new permanent address and will be residing there with his family.

Defendant has provided this information to his Pretrial Services Officer Jameka Taylor, Ms. Taylor has approved this request.  Defendant has been on pretrial release since this case began and has incurred no violations.

Respectfully Submitted,

s/ Patrick S. Kilgore_____
By: Patrick S. Kilgore, #44150MO
1015 Locust, Suite 1000
St. Louis, Missouri 63101
(314) 753-0096
patrick@patrickkilgorelaw.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2020, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Carrie Costantin, First Assistant United States Attorney.

s/ Patrick S. Kilgore
Patrick S. Kilgore, #44150MO
1015 Locust, Suite 914
St. Louis, Missouri 63101
(314) 753-0096
patrick@patrickkilgorelaw.com
ATTORNEY FOR DEFENDANT
