UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18 CR 975 CDP |
| | ) | |
| DUSTIN BOONE, | ) | |
| CHRISTOPHER MYERS, and | ) | |
| STEVEN KORTE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

As discussed on the record at the status hearing held on January 14, 2021:

**IT IS HEREBY ORDERED** that this case remains set for jury trial on **Monday, March 15, 2021 at 8:30 a.m. in Courtroom 3 North.**  This is a special setting.

**IT IS FURTHER ORDERED** that a final pretrial hearing will be held on **Tuesday, March 2, 2021 at 9:00 a.m. in Courtroom 3 North.**  This is an **in person** hearing and defendants' presence is required.  In advance of that hearing counsel for the government and defendants are directed to comply with each of the following procedures and deadlines:

1. Not later than **Monday, February 15, 2021** all parties must provide

notice of their intent to introduce any expert testimony under Federal Rule of Evidence 702, and must provide to opposing counsel all information set out in Rule 16(a)(1)(G), Fed. R. Crim. Pro.

2. Not later than **Monday, February 15, 2021** the government must file its proposed jury instructions.

3. Not later than **Monday, February 22, 2021** the parties must file any motions in limine seeking to exclude or limit evidence; any memorandum in opposition must be filed not later than **Friday, February 25, 2021**.

4. Not later than **Friday, February 25, 2021** the parties must joinly file a list of supplemental questions any party wishes the Court to ask during voir dire; any disagreements regarding the questions must be set out in the document.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2021.