UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18 CR 975 CDP |
| | ) |
| DUSTIN BOONE, | ) |
| CHRISTOPHER MYERS, and | ) |
| STEVEN KORTE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that all counsel may review the juror prescreening questionnaires in this case beginning **today, March 2, 2021, starting at 1:15 p.m.** in the Jury Assembly Room on the 1st floor of the Thomas F. Eagleton United States Courthouse. The juror questionnaires may be obtained from the Jury Unit personnel. Review of the questionnaires must be completed by **Thursday, March 4, 2021 at 4:00 p.m.**

**IT IS FURTHER ORDERED** that **all juror prescreening questionnaires must remain in the Jury Assembly Room and may not be photocopied**. Counsel shall return all of the juror prescreening questionnaires to Jury Unit personnel upon completion of their review.

**IT IS HEREBY ORDERED** that counsel for all parties, following review

of the juror prescreening questionnaires in this matter, shall each file a Request that (1) lists the potential jurors they request to have excused at this point, and (2) states the reason as to why each listed potential juror should be excused.   The Request must be filed no later than **Friday, March 5, 2021.**

**IT IS FURTHER ORDERED** that any response to the other side's Request to excuse potential jurors must be filed no later than **Monday, March 8, 2021.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2021.