UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>           Plaintiff,                              )<br>                                                              )<br>           v.                                           )<br>                                                              )<br>DUSTIN BOONE,                              )<br>CHRISTOPHER MYERS, and        )<br>STEVEN KORTE,                             )<br>                                                              )<br>           Defendants.                        ) | Case No. 4:18 CR 975 CDP |

## ORDER

**IT IS HEREBY ORDERED** that an additional **pretrial hearing** will be held on **Thursday, March 11, 2021 at 11:00 a.m.** in Courtroom 3-North.  **This is an in-person hearing.**

**IT IS FURTHER ORDERED** that no later than **Tuesday, March 9, 2021**, the parties shall file any revised or additional proposed jury instructions, and shall email a word version to the judicial assistant of the undersigned.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2021.