# EXHIBIT LIST

**Style:** USA v. Boone et al
**Case No:** 4:18-cr-00975-CDP-1, 3, 5
03/17/2021 – 03/25/2021

| 🗎's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 215 |  | 1 | 3/17/2021 | NO |  | Hall injury photo – lip front | ✔3/17/2021 |
| 218 |  | 1 | 3/17/2021 | NO |  | Hall injury photo - elbow | ✔3/17/2021 |
|  | D-001 (Myers) | 1 | 3/17/2021 | NO |  | Officer Louis Naes' memorandum | ✔3/17/2021 |
|  | D-005 (Myers) | 1 | 3/17/2021 |  |  | Text messages between Officer Naes and Officer Hall | **NOT ADMITTED** |
| 5 |  | 2 | 3/17/2021 | NO |  | RTCC video with Gentech player | ✔3/17/2021 |
| 7-108 |  | 3 | 3/17/2021 | NO |  | Black and white photographs taken by Lawrence Bryant | ✔3/17/2021 |
| 109-210 |  | 3 | 3/17/2021 | NO |  | Colored/enhanced photographs, same photos as above, take by Lawrence Bryant | ✔3/17/2021 |
|  | B2, C2, D2, E2, F2, G2, H2, I2, J2, K2, L2, M2, N2, O2, P2 (Korte) | 3 | 3/17/2021 | NO |  | Blown-up photos of Government's exhibits | ✔3/17/2021 |
|  | B3, D3, F3, G3, J3, M3 (Korte) | 3 | 3/17/2021 | NO |  | Lightened blown-up photos of Government's exhibits | ✔3/17/2021 |
| 2 |  | 4 | 3/17/2021 |  |  | Cell phone video | ✔3/18/2021 |
| 3 |  | 4 | 3/17/2021 |  |  | Still photo taken from cell phone video | ✔3/18/2021 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | | 5 | 3/18/2021 | NO | | Satellite map of the library area | ✔ 3/18/2021 |
| 6 | | 5 | 3/18/2021 | NO | | Officer Hall's cell phone | ✔ 3/18/2021 |
| 2 | | 5 | 3/18/2021 | NO | | Cell phone video | Admitted 3/18/2021 |
| 3 | | 5 | 3/18/2021 | NO | | Still photo taken from cell phone video | Admitted 3/18/2021 |
| 4 | | 5 | 3/18/2021 | NO | | Official photo of defendant Myers | ✔ 3/18/2021 |
| 5 | | 5 | 3/18/2021 | | | RTCC video with Gentech player | Admitted 3/17/2021 |
| 121, 127, 132, 135, 142, 149, 157, 164, 184, 187, 196 | | 5 | 3/18/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17/2021 |
| 297 | | 5 | 3/18/2021 | NO | | Colored video taken by | ✔ 3/18/2021 |
| 296 | | 5 | 3/18/2021 | NO | | Still photo taken from colored video | ✔ 3/18/2021 |
| 211, 212, 213, 214 | | | | NO | | Photos of Officer Hall's lip surgery (NOT SHOWN TO JURY AT THIS TIME) | ✔ 3/18/2021 |
| 232, 233 | | 5 | 3/18/2021 | NO | | Photos of Officer Hall's damaged camera | ✔ 3/18/2021 |
| 234 | | 5 | 3/18/2021 | NO | | Photo of Officer Hall's damaged cell phone | ✔ 3/18/2021 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 215-218 | | 5 | 3/18/2021 | NO | | Photos of Officer Hall's injuries | ✔ 3/18/2021 |
| 220 | | 5 | 3/18/2021 | NO | | Photo of Officer Hall's shirt and gaiter - front | ✔ 3/18/2021 |
| 227 | | 5 | 3/18/2021 | NO | | Photo of Officer Hall's gaiter - front | ✔ 3/18/2021 |
| 229, 230 | | 5 | 3/18/2021 | NO | | Officer Hall's gaiter and shirt | ✔ 3/18/2021 |
| 269 | | 5 | 3/18/2021 | NO | | Boone's text on 9/25/2017, 9:04 am | ✔ 3/18/2021 |
| | LL | | 3/18/2021 | NO | | Discussion between Officer Hall and medical staff | ✔ 3/18/2021 |
| 122, 121, 123 | | 5 | 3/18/2021 | | | Colored/enhanced photographs taken by Lawrence Bryant | Admitted 3/17/2021 |
| | AAA (Myers) | 5 | 3/18/2021 | | | Text message excerpt between Officer Hall and Lieutenant Kim Allen | ✔ 3/25/2021 |
| | D003 (Myers) | 5 | 3/18/2021 | NO | | Booking photo of L. Ford | ✔ 3/18/2021 |
| 150 – 167, 170 – 175, 185 - 187, 192 - 209 | | 5 | 3/18/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17/2021 |
| | I-001 (Myers) | 5 | 3/18/2021 | NO | | Video of Officer Hall being walked to BEAR vehicle | ✔ 3/18/2021 |
| | LL (Korte) | 5 | | NO | | Keeperman DMAT treatment (NOT SHOWN TO JURY) | ✔ 3/19/2021 |
| | II (Korte) | 5 | | NO | | BarnesCare Medical record excerpt (NOT SHOWN TO JURY) | ✔ 3/19/2021 |

3

| | GG (Korte) | 5 | 3/19/2021 | NO | | Medical record excerpt – Southampton (NOT SHOWN TO JURY) | ✔ 3/19/2021 |
|---|---|---|---|---|---|---|---|
| 5 | | 5 | 3/19/2021 | | | TRCC video with Genetech player | Admitted 03/17 |
| 297 | | 5 | 3/19/2021 | | | Video | Admitted 03/18 |
| 296 | | 5 | 3/19/2021 | | | Still from video | Admitted 03/18 |
| 208 – 210 | | 5 | 3/19/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 03/17 |
| 2, 3 | | 5 | 3/19/2021 | | | Officer Hall's phone video, Still photo of Myers | Admitted 03/18 |
| 137, 138, 150. 129, 130, 134, 135, 138, 153 | | 5 | 3/19/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 03/17 |
| 211-213 | | 6 | 3/19/2021 | | | Photos of Officer Hall's lip surgery | Admitted 03/18 |
| 285 | | 7 | 3/19/2021 | NO | | Washington University Medical Records (NOT MADE PUBLIC/SHOWN TO JURY) | ✔ 3/19/2021 |
| 237 | | 8 | 3/19/2021 | NO | | Search warrant 1/2/18 – Dustin Boone's Apple Account | ✔ 3/19/2021 |
| 241 | | 8 | 3/19/2021 | NO | | Search warrant 05/31/18 –Boone's iPhone | ✔ 3/19/2021 |
| 242 | | 8 | 3/19/2021 | NO | | Dustin Boone's iPhone | ✔ 3/19/2021 |
| 243 | | 8 | 3/19/2021 | NO | | Search Warrant 6/25/18 – Myers' Samsung cell | ✔ 3/19/2021 |
| 244 | | 8 | 3/19/2021 | NO | | Myers' Samsung cell phone | ✔ 3/19/2021 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 238 | | 8 | 3/19/2021 | NO | | Search warrant 11/28/18 – Dustin Boone's Apple Account Boehlje | ✔ 3/19/2021 |
| 245 | | 8 | 3/19/2021 | No | | Search warrant 11/29/18 – Myers' Samsung cell | ✔ 3/19/2021 |
| 294 | | | 3/19/2021 | NO | | Boone's texts stipulation (NOT SHOWN TO JURY) | ✔ 3/19/2021 |
| 295 | | | 3/19/2021 | NO | | Myers' texts stipulation (NOT SHOWN TO JURY) | ✔ 3/19/2021 |
| 2A | | 8 | 3/19/2021 | NO | | Officer Hall's phone video synched with transcript | ✔ 3/19/2021 |
| 279 | | 8 | 3/19/2021 | NO | | TAC B dispatch tape (NOT MADE PUBLIC/SHOWN TO JURY) | ✔ 3/19/2021 |
| 280 | | 8 | 3/19/2021 | NO | | TAC B dispatch tape transcript (NOT MADE PUBLIC/SHOWN TO JURY) | ✔ 3/19/2021 |
| 2 | | 8 | 3/19/2021 | | | Officer Hall cell phone video | Admitted 3/18 |
| 5 | | 9 | 3/22/2021 | | | RTCC video with Genetech player | Admitted 3/17 |
| 2 | | 9 | 3/22/2021 | | | Officer Hall cell phone video | Admitted 3/18 |
| 3 | | 9 | 3/22/2021 | | | Still of Officer Myers | Admitted 3/18 |
| 109, 120, 122, 128, 129, 137-142, 148, 150, 152, 153, 157, 166 | | 9 | 3/22/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 260 | | 9 | 3/22/2021 | NO | | Boone's text on 9/17/2017 15:15 | ✔ 3/22/2021 |

5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 266 | | 9 | 3/22/2021 | NO | | Boone's text on 9/21/2017 21:04 | ✔ 3/22/2021 |
| | R (Myers) | 9 | 3/22/2021 | NO | | Hays proffer agreement (NOT SHOWN TO JURY) | ✔ 3/22/2021 |
| 109, 110, 115 - 130, 132 – 137 - 148, 150, 151, 155, 166, 167, 169, 170, | | 9 | 3/22/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| | EEE1-EEE6 (Myers) | 9 | 3/22/2021 | NO | | Still images from Officer Hall's cell phone video | ✔ 3/22/2021 |
| | CC (Korte) | 9 | 3/22/2021 | NO | | Facebook photo | ✔ 3/22/2021 |
| 141 | | 10 | 3/22/2021 | | | Colored/enhanced photo taken by Lawrence Bryant | Admitted 3/17 |
| 109, 148 | | 10 | 3/22/2021 | | | Colored/enhanced photo taken by Lawrence Bryant | Admitted 3/17 |
| 5 | | 10 | 3/23/2021 | | | RTCC video with Genetech player | Admitted 3/17 |
| 109, 120-126, 128 – 134, 137, 138, 154, 157, 161, 167, | | 10 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 109, 148, 150, | | 10 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 160, 126 – 128, 135 – 137, | | 10 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 138 - 148 | | 10 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 284 | | 11 | 3/23/2021 | NO | | Baton | ✔ 3/23/2021 |
| 128, 129, 136, 150 – 152, 169 – 177, 190, 296, | | 11 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 308 | | 11 | 3/23/2021 | | | ASP baton | ✔ 3/25/2021 |
| | S (Myers) | 11 | 3/23/2021 | | | Marcantano Proffer | ✔ 3/23/2021 |
| 167 – 169 | | 11 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| | D-003 (Myers) | 11 | 3/23/2021 | | | Booking photo of L. Ford – front shot | Admitted 3/17 |
| 183 – 188, 191 – 209, | | 11 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 296 | | 11 | 3/23/2021 | | | Still from video | Admitted 3/18 |
| 297 | | 11 | 3/23/2021 | | | Video | Admitted 03/18 |
| 109, 119, 126, 129, 133, 135 | | 11 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | | 11 | 3/23/2021 | | | Officer Hall cell phone video | Admitted 3/18 |
| 190, 167, 151, 202, 296 | | 11 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 2A | | 12 | 3/23/2021 | | | Officer Hall cell phone video synched with transcript | Admitted 3/19 |
| 150 - 152 | | 12 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 109, 115 | | 12 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 136 | | 12 | 3/23/2021 | | | Colored/enhanced photo taken by Lawrence Bryant | Admitted 3/17 |
| 2 | | 13 | 3/23/2021 | | | Officer Hall cell phone video | Admitted 3/18 |
| 116, 123 | | 13 | 3/23/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| | CC (Korte) | 13 | 3/23/2021 | | | Facebook photo | Admitted 3/22 |
| 2 | | 14 | 3/23/2021 | | | Officer Hall cell phone video | Admitted 3/18 |
| 2A | | 15 | 3/24/2021 | | | Officer Hall cell phone video synched with transcript | Admitted 3/19 |
| 151 | | 15 | 3/24/2021 | | | Colored/enhanced photo taken by Lawrence Bryant | Admitted 3/17 |
| 287 | | 4 | 3/24/2021 | NO | | Map of 14th and Olive (4 pages) | ✔ 3/24/2021 |
| 121 | | 4 | 3/24/2021 | | | Colored/enhanced photo taken by Lawrence Bryant | Admitted 3/17 |
| 290 | | 4 | 3/24/2021 | NO | | Synched videos and photos | ✔ 3/24/2021 |
| 291 | | 4 | 3/24/2021 | NO | | Timeline | ✔ 3/24/2021 |

8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 109, 128, 142 | | 4 | 3/24/2021 | | | Colored/enhanced photo taken by Lawrence Bryant | Admitted 3/17 |
| 2 | | 4 | 3/24/2021 | | | Officer Hall cell phone video | Admitted 3/18 |
| 298, 299, 300, 301, 302, 303, 304, 305, 306, 307 | | 4 | 3/24/2021 | | | Still frames 5049, 5068, 5082, 5109, 5134, 5137, 5310, 5339, 5354 and 5374 respectively, from Officer Hall's cellphone video | ✔ 3/24/2021 |
| 6 | | 4 | 3/24/2021 | | | Officer Hall's cell phone | Admitted 3/18 |
| CCC, | | 4 | 3/24/2021 | NO | | Access panel looking South | ✔ 3/24/2021 |
| BBB | | 4 | 3/24/2021 | NO | | Access panel looking North | ✔ 3/24/2021 |
| 298 – 302 | | 4 | 3/24/2021 | | | Still frames 5049, 5068, 5082, 5109, 5134 respectively, from Officer Hall's cellphone video | Admitted 3/24 |
| 136, 109, 126, 133, 153 | | 4 | 3/24/2021 | | | Colored/enhanced photo taken by Lawrence Bryant | Admitted 3/17 |
| 291 | | 4 | 3/24/2021 | | | Timeline | Admitted 3/24 |
| 290 | | 4 | 3/24/2021 | | | Synched videos and photos | Admitted 3/24 |
| 246 | | 18 | 3/24/2021 | NO | | Boone's text on 9/14/2017 14:44 | ✔ 3/24/2021 |
| 247 | | 18 | 3/24/2021 | NO | | Myers' text on 9/15/2017 7:07 am | ✔ 3/24/2021 |
| 248 | | 18 | 3/24/2021 | NO | | Boone's text on 9/15/2017, 8:54 am | ✔ 3/24/2021 |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 249 | | 18 | 3/24/2021 | NO | | Boone's text on 9/15/2017, 9:40 am | ✔ 3/24/2021 |
| 250 | | 18 | 3/24/2021 | NO | | Boone's text on 9/15/2017, 15:37 | ✔ 3/24/2021 |
| 251 | | 18 | 3/24/2021 | NO | | Myers' text on 9/15/2017, 20:34 | ✔ 3/24/2021 |
| 252 | | 18 | 3/24/2021 | NO | | Boone's text on 9/15/2017, 20:54 | ✔ 3/24/2021 |
| 253 | | 18 | 3/24/2021 | NO | | Boone's text on 9/16/2017, 12:28 am | ✔ 3/24/2021 |
| 254 | | 18 | 3/24/2021 | NO | | Boone's text on 9/16/2017, 12:08 pm | ✔ 3/24/2021 |
| 255 | | 18 | 3/24/2021 | NO | | Myers' text on 9/16/2017, 20:18 | ✔ 3/24/2021 |
| 256 | | 18 | 3/24/2021 | NO | | Myers' text on 9/16/2017, 20:58 | ✔ 3/24/2021 |
| 258 | | 18 | 3/24/2021 | NO | | Boone's text on 9/17/2017, 10:07 am | ✔ 3/24/2021 |
| 262 | | 18 | 3/24/2021 | NO | | Boone's text on 9/19/2017, 11:12 am | ✔ 3/24/2021 |
| 263 | | 18 | 3/24/2021 | NO | | Boone's text on 9/20/2017, 20:53 | ✔ 3/24/2021 |
| 264 | | 18 | 3/24/2021 | NO | | Boone's text on 9/20/2017, 22:39 | ✔ 3/24/2021 |
| 265 | | 18 | 3/24/2021 | NO | | Boone's text on 9/21/2017, 17:39 | ✔ 3/24/2021 |
| 268 | | 18 | 3/24/2021 | NO | | Boone's text on 9/23/2017, 18:06 | ✔ 3/24/2021 |
| 270 | | 18 | 3/24/2021 | NO | | Myers' text on 9/25/2017, 17:10 | ✔ 3/24/2021 |
| 274 | | 18 | 3/24/2021 | NO | | Boone's text on 11/7/2017, 19:36 | ✔ 3/24/2021 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 275 | | 18 | 3/24/2021 | NO | | Boone's text on 11/7/2017, 19:38 | ✔ 3/24/2021 |
| 276 | | 18 | 3/24/2021 | NO | | Myers' text on 11/19/2017, 15:51 | ✔ 3/24/2021 |
| 2 | | 19 | 3/24/2021 | | | Officer Hall's cellphone video | Admitted 3/17 |
| 2 | | 20 | 3/24/2021 | | | Officer Hall's cellphone video | Admitted 3/17 |
| 2 | | 21 | 3/24/2021 | | | Officer Hall's cellphone video | Admitted 3/17 |
| 2 | | 22 | 3/24/2021 | | | Officer Hall's cellphone video | Admitted 3/17 |
| 209 | | 23 | 3/24/2021 | | | Colored/enhanced photo taken by Lawrence Bryant | Admitted 3/17 |
| 109, 116, 121, 122, 124 | | 24 | 3/25/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 156, 170, 171, 162, 163, 155, 157, 122 – 132, 135 – 137 | | 25 | 3/25/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 109, 110, 130, 126, 129, 131, 132, 134, 157, 135 | | 25 | 3/25/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| 284 | | 25 | 3/25/2021 | | | Baton | Admitted 3/23 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 129 – 138, 154 | | 25 | 3/25/2021 | | | Colored/enhanced photos taken by Lawrence Bryant | Admitted 3/17 |
| | H-001 – H-026 (Myers) | | 3/25/2021 | | | Stipulated blow-ups of Government's exhibits | ✔ 3/25/2021 |
| | U-2 (Myers) | | 3/25/2021 | | | ASP Baton | ✔ 3/25/2021 |
| | Z-001 (Myers) | | 3/25/2021 | | | Synched video still of Hays assaulting Luther Hall | ✔ 3/25/2021 |
| | Z-002 (Myers) | | 3/25/2021 | | | Synched video still of Hays striking phone causing audio to cut out | ✔ 3/25/2021 |
| | CC-002 (Myers) | | 3/25/2021 | | | Picture of Officer Hall's iPhone (government's ex 234) | ✔ 3/25/2021 |
| | CC-008 (Myers) | | 3/25/2021 | | | Picture of Officer Hall's iPhone – blood on case | ✔ 3/25/2021 |
| | AAA (Myers) | | 3/25/2021 | | | Access panel looking South | ✔ 3/25/2021 |
| | BBB (Myers) | | 3/25/2021 | | | Access panel looking North | ✔ 3/25/2021 |

EXHIBITS RETURNED TO COUNSEL     ✔ EXHIBITS RETAINED BY COURT

π = plaintiff     Δ = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

**OBJ** = Objection - write "Obj" in red     **ADMITTED** = use ✔ and date