UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18 CR 975 CDP |
| ) | |
| DUSTIN BOONE, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

**IT IS HEREBY ORDERED** that this case is transferred from U.S. District Judge Catherine D. Perry to U.S. District E. Richard Webber **as to all defendants.**

**IT IS FURTHER ORDERED** that that a **final pretrial hearing** remains set for **Monday, May 24, 2021 at 10:00 a.m.** in Courtroom 3 North.

**IT IS FURTHER ORDERED** that the **Jury Trial** on Count One as to defendant Dustin Boone and Count Two as to defendant Christopher Myers remains set for **Monday, June 7, 2021 at 8:30 a.m.** in Courtroom 3 North.

_____
RODNEY W. SIPPEL
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 12th day of May, 2021