IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 4:18CR00975 ERW |
| ) | |
| DUSTIN BOONE ) | |
| ) | |
| Defendant. ) | |

**REQUEST FOR PERMISSION TO TRAVEL**

**COMES NOW**, Patrick S. Kilgore, attorney for Defendant DUSTIN BOONE, and respectfully requests permission to travel while on pretrial release in the above entitled Cause. Defendant wishes to travel to Arizona to visit his parents who reside at 15628 N. 168th Lane, Surprise, AZ 85388. Defendant will depart on Saturday June 26, 2021 and return to St. Louis on July 12, 2021.

Counsel has contacted First Assistant United States Attorney Carrie Costantin regarding this request; Ms. Costantin has no objection to this request. Defendant has provided his complete travel itinerary to his Pretrial Services Officer Jameka Taylor; Ms. Taylor has no objection to this request. Defendant has been on bond since this case began and has incurred no violations.

Respectfully Submitted,

s/ Patrick S. Kilgore_____
By: Patrick S. Kilgore, #44150MO
1015 Locust, Suite 1000
St. Louis, Missouri 63101
(314) 753-0096
patrick@patrickkilgorelaw.com
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Carrie Costantin, First Assistant United States Attorney.

                                                      s/ Patrick S. Kilgore
                                                      Patrick S. Kilgore, #44150MO
                                                      1015 Locust, Suite 1000
                                                      St. Louis, Missouri 63101
                                                      (314) 753-0096
                                                      patrick@patrickkilgorelaw.com
                                                      ATTORNEY FOR DEFENDANT