UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>DUSTIN BOONE )<br>)<br>  Defendant. ) | Case No. 4:18 CR 975 ERW |

### ORDER

**IT IS HEREBY ORDERED** the sentencing hearing as to defendant **Dustin Boone** is set for **Wednesday, September 15, 2021 at 10:00 a.m.** in Courtroom 3N.

**IT IS FURTHER ORDERED** the deadline for filing objections, if any, to the Presentence Report as to defendant **Dustin Boone** is **August 25, 2021.**

**IT IS FURTHER ORDERED** no objections shall be filed after the deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the

estimated length of such testimony.

**IT IS FINALLY ORDERED** the parties must file any memoranda no later than seven (7) days before sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2021.