UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF, | )<br>)<br>) |
| VS. | ) No.: 4:18-cr-00975-ERW-1 |
| DUSTIN J. BOONE,<br>    DEFENDANT. | )<br>)<br>) |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, PATRICK KILGORE, AND STEPHEN C. WILLIAMS and herewith requests to withdraw PATRICK KILGORE as counsel for Defendant, and hereby requests to substitute STEPHEN C. WILLIAMS as counsel for said Defendant. Both defense attorneys' and the Defendant, Mr. Boone, are in agreement to this Substitution of Counsel.

/s/ PATRICK KILGORE
PATRICK KILGORE#
Attorney for Defendant
1015 Locust, Suite #914
St. Louis, Missouri 63101
Phone 314-753-0096
Fax: 314-621-4222
Email: patrick@patrickkilgorelaw.com

/s/STEPHEN C. WILLIAMS
STEPHEN C. WILLIAMS#50162
Kuehn, Beasley & Young
23 S. First St.
Belleville, Illinois 62220
Phone: 618-277-7260
Fax: 618-277-7718
swilliams@kuehnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I electronically filed the MOTION FOR SUBSTITUTION OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/STEPHEN C. WILLIAMS
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
Swilliams@kuehnlawfirm.com