## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF. ) | |
| ) | |
| VS. ) | NO.: 4:18-cr-00975-ERW-1 |
| ) | |
| DUSTIN J. BOONE, ) | |
| ) | |
| DEFENDANT. ) | |

### THIRD MOTION TO CONTINUE SENTENCING

Comes now the Defendant, Dustin Boone, by his lawyers Stephen Williams and Justin Kuehn, and respectfully requests a continuance of his sentencing date by one to five business days, and in support, he states:

1. On September 21st 2021, This Court granted in part and denied in part Defendant's Motion to Continue the Sentencing and reset sentencing for November 17th, 2021 at 1:00 p.m.

2. Both counsel for Mr. Boone are scheduled for a firm trial date in the Southern District of Illinois, at the Benton courthouse, for November 15th, 2021.  While it is expected that the evidence in the trial will conclude by November 16th, counsel are concerned that the proceedings – including jury deliberations – could well continue through November 17th, 2021.

3. The defense is therefore requesting a continuance of the sentencing in this case for a period of one to five business days in order to avoid this potential last minute conflict.

4. Counsel for the Defendant and the government are available November 18th, 19th, the afternoon of the 22nd, and November 23rd, 2021.

5. Counsel for the government has indicated she has no objection to this motion.

**WHEREFORE**, the Defendant, Dustin Boone, respectfully requests that his Third Motion to Continue Sentencing be Granted.

/s/Justin A. Kuehn
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
justinkuehn@kuehnlawfirm.com

/s/STEPHEN C. WILLIAMS
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
Swilliams@kuehnlawfirm.com

## CERTIFICATE OF SERVICE

We hereby certify that on September 22nd, 2021, we electronically filed the THIRD MOTION TO CONTINUE SENTENCING With the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/STEPHEN C. WILLIAMS
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
Swilliams@kuehnlawfirm.com