Dustin and I met when he was a young Officer and I a veteran Officer. Dustin, having formerly been an electrician, looked out for my younger brother who he often worked with on construction sites. On the Police Department I tried to look out for Dustin in the same way. Working on the same platoon we got the opportunity to ride together and got to know each other on a level that I believe is unique to law enforcement.

I got to see how Dustin treated people that we encountered in north St. Louis, day in and day out. That's the Dustin I know from the job: the Dustin who treated people with respect and dignity and often left people we made contact with laughing. I observed him defuse many situations with his humor and simply listening to the person. I have been a Police Officer for 15 years and have seen the best and worst from Officers. I have never been afraid to address a fellow Officer when I believed they were out of line. I never once witnessed or heard anything that caused me to question Dustin's character or treatment of people in the community.

I know Dustin had texts on his phone that he is not proud of. And he has paid dearly for those texts. I can tell you those texts are not an accurate representation of the character Dustin demonstrated as a Police Officer who faithfully served many people of color in North St. Louis. When two people ride together in a patrol vehicle, handle 911 calls together, and survive life threatening situations together, they can't hide who they really are. Dustin is a man I trusted with my life and who I was proud to get to ride with.

I can also tell you about the Dustin I know outside the job because he is the type of person I want my family around. Seeing Dustin with his daughter, so incredibly loving and patient, has made me a better father. Once our daughters met and instantly became best friends, we rarely talked about the job and instead just about them. I also saw a man who deeply loves his wife and shows his daughter and my daughters how a man is supposed to treat his wife.

I have prided myself on being a good judge of character. I've seen Dustin risk his life while serving North St. Louis and I've seen him show people like a homeless drug addict compassion. Many people's lives never place them in those situations. Many people have certain beliefs and ideals, but those beliefs are never actually put to the test. I witnessed with my own eyes how Dustin demonstrated his character in those situations. And I've seen how deeply he loves and cherishes his wife and daughter. I respectfully ask that your Honor would please take into account what I believe to be the real Dustin that he showed me time and again for many years.

Ryan Linhorst

10 Jason Drive, Glen Carbon IL 62034

314-478-8149



DEFENDANT'S EXHIBIT 2