Honorable Judge E. Richard Webber
United States District Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Courtroom 17 South
St. Louis, Mo., 63102

Your Honor,

I am a retired veteran of the St. Louis Metropolitan Police Department (SLMPD), and I am writing you to ask for leniency in the sentencing of Dustin Boone. I have known the Boone family for many years. I have been friends with Dustin's father Tony Boone since high school, as well as with Dustin for over twenty-five years. Dustin's Father and I have worked in uniform and in undercover operations together for a good many of the years we were together on the Department. I always knew how proud his father Tony was of Dustin, raising him to be a fine, honest, hardworking young man. As far back as I can remember, Dustin always wanted to become a policeman, even when he was earning a lot more money as a union electrician.

Dustin joined the police department in 2015. It was a proud time for him as well as his father and family. Dustin was an honest, hardworking policeman and chosen to be on a team of officers who went into the most violent areas of the city to help curb the violence plaguing those areas. Being chosen for a position on a team like this at such an early time in his career is a testament to the type of hardworking, trustworthy person he is. To my knowledge, Dustin was a go-getter and made numerous arrests with no complaints from the people he arrested, which means he treated people fairly.

Judge Webber, I do not condone the circumstances surrounding this incident. Although I implore you to take into consideration the gravity of what these Police officers were thrust into, meaning the riots and civil unrest. Dustin's father and I were in similar situations (civil unrest) during the Mardi Gras celebrations in Soulard in the late 90's. We know firsthand how easily and quickly these types of incidents can get out of hand, and the Police officers become targets of violence.

The riots and civil unrest that Dustin and Officers from all over the area had to deal with was heart breaking to watch, and knowing Dustin personally, I know that he would never treat anyone unfairly.

I learned of the incident involving Officer Luther Hall and members of the police department and my heart dropped. I know Luther personally and have also worked with him over the years and consider him a friend. I am truly grateful Luther will be alright. I am also aware that after this incident, Dustin reached out to Luther Hall to apologize. This too shows the character of Dustin; apologizing for being present when the actions of some officers resulted in another policeman being injured.

Your Honor, I was made aware that Dustin Boone was being deemed a racist due to inappropriate text messages. By no means is Dustin Boone a racist. I know Dustin was not brought up that way. Dustin is the type of man who would help anyone in need. Race would never play a factor. Dustin is a good man, husband and father.



DEFENDANT'S EXHIBIT 3

Dustin Boone will never be able to work in law enforcement again, but knowing Dustin and his family, given a chance. he will continue to be a responsible and contributing citizen.

Once again, Your Honor, I respect your Judgement and Implore your leniency in this matter, Dustin will not let you down.

Thank you for your time and consideration in this matter.


Respectfully,

*[signature: Will Noonan]*

P.O. William Noonan (retired)