Re: Dustin Boone

Your Honor,

My name is Michael Flatley and I have been a Police Officer for the Saint Louis Metropolitan Police Department since 2013. In all my time as a Police Officer, I have not met another person as caring and loyal as my dear friend, Dustin Boone. We met in 2016 when Dustin and I were assigned to 5th District. From the moment I met Dustin, I had no doubt that Dustin would learn the job quick and become a successful patrolman. Although Dustin and I were only partners for a short time before I was transferred, we forged the roots of strong a friendship. Right away, I learned that Dustin was a family man with a young daughter who was the same age as my son, and we quickly began getting together as families to let our children play and share meals as families do. During these get togethers, I began to see the immensity of Dustin's heart. He to this day is always insistent on helping cook the meal, running out to get the forgotten ingredient, or playing with the kids to keep them happy while the rest of the adults got time to relax after dinner. These are just a few examples of how Dustin, time and time again chooses to put others before himself every day of his life.

This past year, me, my wife and two boys were supposed to take a family vacation but had to cancel last minute due to shutdowns related to Covid-19. Without hesitation, Dustin invited us to stay with his family at his parent's home in Arizona. It would have been the first time Dustin visited his parents since they moved from Saint Louis but that didn't matter to Dustin, he knew my children were sad that they were unable to go on vacation and Dustin knew he could help.

Dustin is a skilled electrician who has time and time again helped my family as well as countless other families out with problems in their homes who other wise would not be able to afford it. This is a skill that Dustin could have used to his benefit and made considerable money for himself but instead chose to lend his time and knowledge to others who needed it.

Your Honor, these are just a few examples of the loving, respectful and loyal man, that Dustin Boone is. Regardless of the crimes he has been convicted of, he will be my friend for the rest of our lives.

Sincerely,

Officer Michael Flatley

DEFENDANT'S EXHIBIT 4