Honorable E. Richard Webber  
United States District Court  
Eastern District of Missouri  
Thomas F. Eagleton U.S. Courthouse  
111 South 10th Street, Courtroom 17 South  
St. Louis, Mo., 63102  

October 9, 2021

Your Honor,

I am writing this letter to ask for leniency in the sentencing of Dustin Boone. I am Dustin's father and have served the city of Saint Louis as a police officer for thirty (30) years, retiring in January of 2020 at the rank of Sergeant.

I came into Dustin's life when he was five (5) years old and after his mother, Melissa, and I were married, I attempted to legally adopt him as my own son. His biological father denied my requests but nonetheless, I raised him as my own son. In 2007, unbeknownst to me, Dustin legally changed his last name to Boone and presented the legal documents to me on Christmas that year. Melissa and I were extremely proud that Dustin took it upon himself to do that for me. That was very compassionate and shows what type of person Dustin is.

Growing up, Dustin attended Our Lady of Sorrows Catholic school in south Saint Louis, then on to CBC (Christian Brothers College) high school. Upon graduating high school, Melissa and I gave Dustin the option of either enrolling in college or entering a trade. Dustin chose to enter the electrical trade and excelled as a union electrician for ten (10) years.

During his career as an electrician, Dustin donated his personal time to Habitat for Humanity twice a year for seven (7) or eight (8) years, wiring new construction homes for low income, needy families in north Saint Louis and the surrounding areas. Dustin routinely donated his personal time to people who had electrical problems, at no charge to them, and continues to do so to this day.

Melissa and I raised Dustin to be an honest, trustworthy and respectful man. Dustin was married prior to being married to his current wife, Ashley. Unfortunately, Dustin's first marriage ended in divorce. Dustin believed strongly in the sanctity of marriage and was reluctant to divorce. He felt that once you make a serious commitment, you do everything you can to make things work. Melissa and I both reiterated that sometimes people grow apart as they grow older, and we supported their decision. Dustin was honest and respectful during the divorce, showing empathy for his first wife. Again, a testament as to the character and the true Dustin.



DEFENDANT'S EXHIBIT 5

Dustin grew to be a dedicated, compassionate and upstanding family man; happily married to his wife Ashley and raising their seven (7) year old daughter, Lola. Lola is the light of their lives which is obvious when you see them.

Deciding to make a career change and follow in my footsteps, Dustin joined the Saint Louis Metropolitan Police Department in December of 2015. During his short career as a police officer, he immediately excelled as an officer and due to his work ethic and character, was chosen for a position on a street team early in his career.

In this assignment, the street team was tasked with addressing violent crimes as well as narcotics and weapons offences in some of the most dangerous neighborhoods in north Saint Louis. Dustin made several arrests during his time as a police officer and received ten (10) awards for his work with zero complaints from any of the offenders he arrested. Along with the awards he received, Dustin was awarded a certificate of appreciation for volunteering his services at Dewey school in north Saint Louis where he mentored the students. Melissa and I taught Dustin to treat everyone with respect and fairness and it shows in his personal life as well as when he was an electrician and continued to show in his work as a police officer.

While working as an officer, Dustin had the opportunity to cultivate informants. One such informant, having a wife and child, was struggling to support his family. In addition to paying this documented informant with Department (meager) funds, Dustin would supply him with clothing to help him support his family. Dustin treated this informant with respect and dignity, just as he does with everyone he comes in contact with.

I agree that the text messages pulled from Dustin's phone are vile, but these texts do not portray the true Dustin Boone. As I said earlier, Dustin is a caring, compassionate and fair person who will go out of his way to help people, no matter what race they are

An explanation was not given in the second trial as to the apology text Dustin sent to Luther Hall. That text was not defended or explained by the defense.

In no way was that apology text an admission of guilt. The truth behind that text message sent to Luther Hall is because Luther and I have been friends for many years. When Dustin was told that Luther Hall was the undercover officer involved, and knowing Luther and I were friends, he was very upset and asked me for Luther's phone number so he could reach out to him. I supplied Luther Hall's phone number to Dustin, and he subsequently sent him the apologize text. That apology text was nothing more than that; that he was upset for being on scene, that it happened to him (Luther) and because Luther and I are friends.

In closing, Dustin Boone is an ethical, upstanding, compassionate, fair and caring man, family man, friend to many and good citizen. Knowing the true Dustin as his father, I am asking for mercy in your sentencing and if shown leniency, I believe Dustin can move forward and continue to contribute to society

Your consideration in this matter is greatly appreciated.

Respectfully,

*Sgt. Anthony D. Boone*
Sgt. Anthony D Boone (SLMPD ret.)