Richard Koelling

141 Rio Drive

Moscow Mills, MO 63362

314-578-5107

ckoelling7@gmail.com

November 2, 2021

Senior United States District Judge E. Richard Webber,

I, Richard Koelling, met Dustin Boone 10 years ago, when Dustin was an electrician.

We instantly got along due to Dustin's friendly nature. After talking with him, I learned that my river property was two houses up from Dustin's parents. Dustin was eager to introduce me, my wife Christine, and our children to his parents. We all became fast family friends.

At the time when Dustin introduced my family to his family, we had no running water on the property. We were in the beginning stages of drilling a well and I was still finishing the interior of the house. When Dustin's parents, Tony and Melissa, found out we had no running water on the property, they insisted that we take showers at their property. Not only did they supply us with bathrooms and showers, they did all the cooking so it was easier on us for cleanup.

This is how Dustin was raised and what values were instilled in Dustin. To be a selfless person and help people whenever possible.



DEFENDANT'S EXHIBIT 6

Also at that time, our property had electricity brought up to the property itself, but not to the house. Being a commercial union carpenter, I felt that with a little direction, I could do this myself.

Being the caring man he is, Dustin was adamant that I let him run the service and did not want me to do this work due to my lack of experience and how dangerous it was.

I attempted to ascertain how much a job like this would cost so I could pay him for his work. Dustin refused to give me a price and only stated that he would feel much better doing this himself and that he wouldn't be able to sleep at night, worrying about my family's safety.

I asked some of the other electricians on the job site how much a job like that would cost and was told it could be as much as $600.

Dustin ran the wiring from the electric pole to the house and had the electric panel wired in a day, and I must say, I didn't realize how stressed I was about running the electric myself and was actually relieved to know the job was done properly. I attempted to give Dustin some money for the work, but he just simply refused any compensation.

The union trades are pretty particular about what trade does what work. But when working on the job sites, if it was allowed in the union contracts, Dustin would help anyone who needed help. During my time working around Dustin, everyone enjoyed his company and respected him as a man and as an electrician. I never heard Dustin utter any disparaging remarks to or about anyone. He was a pleasure to be around.

These are just a couple of examples that shows the type of man Dustin is; always offering a helping hand and being respectful to everyone.

None of us were surprised when Dustin went into the police force because of his selflessness and desire to help others.  He was excited when he became a police officer, not only to follow in his father's footsteps, but also to try to do some good in the city he grew up and lived in.

Over the last 10 years, we have seen Dustin grow into a devoted husband, loving father to his daughter Lola, and a man that always puts his family's wants and needs above everything else

Your Honor, Dustin is truly an outstanding person and I ask for leniency at the sentencing.


Respectfully yours,

*Richard Koelling*

Richard Koelling