Letter of Character Testament for Dustin Boone

**Date**: 11/1/2021

**Address**: Thomas F. Eagleton U.S. Courthouse | 111 South 10th Street St. Louis, MO 63102
**Courtroom**: 17 South
**Chambers**: 8 South
**Phone**: (314) 244-7900

**From**: Nicolas Alcocer
**Address**: 27195 N 83rd Dr Peoria, AZ 85383
**DOB**: 9/11/1986

**Attn**: Senior United States Judge E. Richard Weber

Your Honor,

My name is Nicolas Alcocer, and I am the (soon-to-be) brother-in-law to Dustin Boone. I am writing to you today to share my feelings, thoughts and experiences since having known Dustin.

I have known Dustin for approximately 3 years. He and I were introduced by my fiancé, Kayla Boone. During the time I have known Dustin, I have come to greatly respect and admire the love he has for his family, friends and fellow police officers. I would like to take this opportunity to illustrate Dustin's character through the lens by which I have come to view and know him.

I would like to first tell you about Dustin, the father…
Since the first day I came to know Dustin, my first impression of him was simple - he is an incredible father. The love Dustin has for his daughter, Lola, is unlike any love I have ever seen. I grew up in a houschold without a warm or loving father figure. My father was stern, cold and unforgiving. Dustin's relationship with is daughter is filled with laughter and gentleness. Dustin is an encouraging father and is always teaching Lola how to be a good person. He teaches her to love and to respect everyone she encounters. I have witnessed Dustin guide Lola when she is faced with a difficult situation. He doesn't abandon or criticize her. He does not shy away from those difficult moments. On the contrary…he embraces them. He educates, supports and encourages Lola to do the right thing. He teaches her humility. He explains controversial topics such hatred, discrimination and violence in ways that she understands. He illustrates what it means to show respect, understanding, and kindness to everyone. Because of this, Lola is growing up to be a spectacular young woman. Lola thrives in school. She is adored by her teachers and peers, and she is always trying to help others. These are qualities she has come to adopt from having an extraordinary mother and father. Dustin and his wife Ashley work together to give Lola every possible opportunity to develop into a well-rounded and independent individual. My fiancé and I have recently become parents. I can tell you that after having witnessed the relationship Dustin and Lola have, I can only hope that I am able become the type of Father Dustin is to his daughter.

DEFENDANT'S
EXHIBIT
7

Next, I would like to tell you about Dustin, the brother…

If you asked me to describe Dustin in one word, that word would be "protector." Dustin holds his family closer to him than almost anyone I have ever known. Dustin is viewed by his sisters as a source of strength and encouragement. Of all the many stories Dustin and his family have shared with me, they all seem to have one similar theme… when things get tough, they call Dustin. Dustin is the type of big brother that I had always wished for. I grew up as the older brother. I was the protector. I was the shield to my younger brother. Although this is a great honor, it is a tough burden to bear… especially with the type of father I had. Dustin is the type of man who makes everyone feel as though they are family. It is a sense of comfort that he gives to those around him. When his family needs him, he is there… at the drop of a dime. In fact, when Kayla (my fiancé) and I moved into our very first home, we were in a tremendous rush to prepare the house for our daughter. Dustin took time from work; time from his family; time from his home… to fly to Arizona and help us finish our home before our daughter was born. He spent over a week working from sun-up, to sun-down helping us with our ridiculously long to-do-list. All the while, he never asked for a thing from us. Dustin is the type of brother that most people hope for. He has welcomed me into his family and treated me as through I were his own brother. I truly admire Dustin for the person he is and the brother I have found in him.

Lastly, I would like to tell you about Dustin, the person…

Throughout this difficult process, I have shared many conversations with Dustin. Many have been hopeful. Some have been sad. Although none of the conversations I have had with him expressed anger. We have talked about his past and the reasons he became a police officer. He has told me stories of times he had saved lives, and times his life was nearly taken. We have shared stories of mistakes we have made in the past and things we could have done differently. We have talked about the future and what that may look like: Ashley without her husband to support her and their daughter. Lola celebrating milestones in her life without her father there. Dustin missing her birthdays, school recitals, dances, gymnastics events, etc.… One would think that through all of this, Dustin would hold a great deal of resentment and anger in his heart. However, that is not the case at all. Dustin accepts responsibility for all the choices in his life. He has come to understand that we are all held accountable for our actions and the consequences those actions carry. Throughout this difficult time, he has shown bravery, humility, compassion and above all, fortitude. Not once have I heard Dustin speak of himself or what will become of his life. His only concern has been the wellbeing of his family. He is one of the most selfless men I have ever known. Dustin truly is a man for others. He is a positive influence in the lives of those around him. He has been an amazing father, a protective brother and one of the best friends I have ever had.

Your Honor, I understand you have read hundreds, maybe thousands of these letters in your tenure as a United States Judge. You have held a delicate balance of life in your hands for a very long time. The burden of these decisions is one that I simply cannot imagine. You have seen all types of men and women brought to your courtroom to face the consequences of their actions. You have seen, and you know what a criminal truly is. You have seen men with true hate in their heart. Your Honor, Dustin is *not* that type of man. Dustin is a family man. He is a kind, funny, giving and loving person. He is the type of guy that people know and admire. He is the type of friend that you always want at your side. He is the type of citizen that cares for his fellow man. He does not hold anger or hatred in his heart. He does not feel resentment. Dustin is a good man. I implore you to have leniency with your judgement and the sentence

you give. I hope with all my heart that Dustin will have the opportunity to quickly move beyond this and begin a new life filled with wonderful memories while watching his daughter grow.

I would like to sincerely thank you for your time and attention you have given me to hear my words and hopes for my brother and friend, Dustin.

Sincerely,
Nicolas Alcocer

11/12/21