November 5, 2021
Luisa Pinilla-Christ
124 Timberlake Drive
Damiansville, IL 62215

Dear Judge E. Richard Webber,

    My name is Luisa Pinilla-Christ and I write you this letter regarding Mr. Dustin Boone. I have known Mr. Boone for the last three and a half years after meeting through a mutual friend. In these last three years I have come to know the warm hearted, honest, generous, and kind person that he is. I've had the pleasure to meet his family and see his interaction not only with his family but also friends and strangers.

    A particular occasion that comes to mind that exudes friendship and goodwill of his character was when we first welcomed him into our home. My husband and I showed him our home, we mentioned to him that we wanted to renovate our bathrooms but due to budget we wanted to do it ourselves. Mr. Boone jumped in and offered to help us, he was honest about his skill set and never asked for compensation. He genuinely wanted to help us with what he could.

    As an immigrant to this country and a minority, I at times have feared how others view or treat me. Mr. Boone met me, listened to my story, and welcomed me with open arms as a friend. He respected my culture, my language, and my upbringing. Unfortunately, it's hard to find that kindness and I am thankful to have him on my team. At the age of seven I lost my father, growing up with the absence of a father has negatively impacted me and wish life would have been slightly kinder to me. I have personally experienced the relationship of Mr. Boone with his daughter and I would be lying if I didn't admit that I at times have been envious of it. He listens, he cares, he comforts, he plays, he loves, and he teaches like the world's greatest dad. I hope of nothing more for his daughter then to never feel the absence of the world's greatest dad.

Respectfully,
Luisa Pinilla-Christ


DEFENDANT'S
EXHIBIT
8