To: Judge E. Richard Weber
Senior United States District Judge
Eastern District of Missouri

From: Mr. Howard T. Bright III
2716 Questover Canyon Dr.
Wildwood, MO 63038

Re: Dustin Boone
Character Reference Letter

Dear Judge Weber,

Thank you for taking the time to read this letter and more importantly for considering such character traits and personal references for Mr. Dustin Boone in his upcoming sentencing. I greatly respect your position but do not admire the task at hand.

I have known Dustin for 9-10 years and he is married to my wife's sister. My family knows Dustin and his family very well and we have significant and regular contact/communication with them. While I have seen many endearing character traits from Dustin, perhaps the most impactful to me is seeing the type of father he is to their 7-year-old daughter Lola. He is an affectionate, gentle, benevolent, yet structured father that Lola loves very much. Dustin has also been a great husband to his wife, Ashley. Their toughness and determination during these challenging times has been inspirational to many and the example they have set during this process has been admirable to say the least.

Dustin has always been willing to help me and countless others I have ever seen ask him for help. We have worked together to move family members, remodel homes, electrical work, yard work, etc. for any member of our extended family and it's obvious that Dustin does the acts out of the kindness of his heart. He does these things to help others and doesn't think of himself or what he could be getting out of it. Most people are simply not wired that way. Dustin is one of the most generous people I know and would give me the shirt off my back if I needed it.

When we moved a few years ago, Dustin helped us more than any of my friends/family. Moving is never fun, but he never complained and in fact, always had a smile on his face and was happy to help. He was genuinely excited for us to move as he enjoys seeing others succeed.

My wife and I have trusted Dustin in various capacities including leaving our 7-year-old daughter, Holly, to his care with never even a slight concern or questioning. Dustin, consistent with his ethos, has volunteered to check on our home while we were out of town. He also has recently been helping me with building a shed. Again, he does this out of kindness, not expectation.

DEFENDANT'S EXHIBIT 9

Your Honor, my wife and I have high standards for the people that we associate with, and Dustin is one of them.  He is welcome in our home, with our family any time.  As noted, Dustin has done a lot for me, and my family and I hope I can reciprocate simply by communicating and describing Dustin and his every day.  Dustin and his family deserve better than their current situation, but sometimes these things happen in life.  I am hopeful that others see this, Dustin's character, and how the Boone's have handled the adversity is truly taken into consideration for this next and most impactful challenge in this life-changing event.

Please feel free to contact me should you have any questions or would like to discuss this in more detail.

Sincerely and respectfully,
Howard T. Bright III
2716 Questover Canyon Dr.
Wildwood, MO 63038