Honorable E. Richard Webber
United States District Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Courtroom 17 South
St. Louis, Mo., 63102

Dear Judge Webber,

My name is Kayla Boone and I am writing this letter on behalf of my brother, Dustin Boone. Growing up, I never felt anything but love and support from my brother. I look up to him and always aspired to be like him. His charisma, humor and kindness attract everyone he is near and he has more friends and acquaintances than I can count. I always admired his ability to strike up a conversation with anyone and make them feel like they have been close friends for years.

I have never known my brother to be violent or aggressive towards anyone. He has always been accepting and kind to anyone he meets, treats everyone with the utmost respect and is loved by many. Dustin goes after what he wants with confidence and determination. He is not a follower, he is authentic, genuine, honest and true to himself always.

When he decided to join the police academy, I saw a change in him. He was excited, passionate, eager to learn and be a part of something greater than himself. I heard numerous stories of him helping his classmates whether it be prepping for exams and making sure they all passed or being by their side during endurance training, pushing them to be better and to finish stronger. No matter their race, no matter their gender. They were all there together with one common goal; to graduate and be the best they can be for their community. The excitement and passion did not fade away after graduation and his talent and integrity did not go unnoticed by all levels of the hierarchy in the department.

Speaking to Dustin's love, acceptance and respect for everyone he meets, I can attest to that with his relationship to my fiancé, Nick. I met Nick about a year after moving to Arizona and he is a second generation Mexican-American. From the moment that I brought Nick around, not only did he feel immediately welcomed by my entire family, but he and Dustin have since became very close. So close that instead of Nick asking his best friend of 20+ years to be in our wedding, he chose to ask Dustin. Nick is like the brother Dustin never had and they are similar in so many ways.

Speaking to Dustin's kindness and willingness to help anyone, we asked him if we could fly him out to our home in Arizona for a week to help up get our new home in order


DEFENDANT'S EXHIBIT 10

before we had our first baby. We needed some electric updated as well as some new electric installed. Without hesitation, Dustin said he would gladly do these things for us.

Dustin took time away from his own work and away from his daughter and his wife to help us when we needed it. My sister just recently moved here as well and again, Dustin took time away from his family to help her prep her home to sell, getting all of the cosmetic things in order for her to sell. Dustin picked up the moving truck and helped her get the house packed up and loaded. All the while with this investigation looming over his head. No matter what is needed, or when, or by who, Dustin is always there.

All in all, my brother Dustin is a good man with a good soul and good intentions. I can confidently say that there is nothing on this earth that would force him to stray from the respectful, kind, hilarious and fun loving person that he is. It is hard to really get to know someone by just reading a few paragraphs, but I hope my letter provides some insight into the kind of person he truly is. I am lucky and proud to call him my brother and anyone that calls him a friend is even luckier.

Respectfully yours,

*Kayla Boone*

Kayla Boone
11/12/2021