Honorable E. Richard Webber
United States District Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Courtroom 17 South
St. Louis, Mo., 63102

October 3, 2021

Honorable Judge Webber,

My name is Melissa Boone, and I am Dustin's mother. I would like to start by saying I am not the best at writing letters, especially under circumstances as this one, but I'll do my best.

Dustin and I have always had a special bond because for the first five years of his life, it was just Dustin and me. His biological father was not a father to Dustin, and Dustin and I spent all our time together. Dustin was raised to treat people with respect by me, his grandparents (my mother and father) as well as his aunts and uncles.

Dustin's biological father had very little to do with him and was only in his life when it benefitted him. When I met my husband Tony, he treated Dustin like he was his own son and instilled the same morals and values in him that my family and I had done. Tony attempted several times to legally adopt Dustin, but his biological father would not allow it; however, Tony continued to raise Dustin as his own son.

Dustin attended Our Lady of Sorrows catholic grade school and then attended Christian Brothers College high school. After graduation from high school, Dustin elected to work in a trade and joined the electrician's union, working in that field for ten years. While working as an electrician, Dustin routinely volunteered his services to habitat for humanity, wiring houses so that less fortunate people and families could have a home to call their own.

Dustin is a very giving person and when friends, family or people he met through us or other friends would be in need of an electrician for any electrical problems, Dustin would always volunteer to fix those problems and never would charge anyone for his services.

In 2007, Dustin legally changed his last name to Boone and presented that gift to us during Christmas that year. Tony and I were very proud that he thought enough of us, but mainly Tony, that he took it upon himself to take the Boone name. That was a very compassionate gesture.

Dustin and his wife, Ashley met and in 2014, had a daughter together. Dustin could not have been happier. Dustin is an awesome father and completely devoted to Ashley and his daughter Lola.



DEFENDANT'S
EXHIBIT
11

Dustin always wanted to be a policeman and in 2015, he made a career change and joined the city police department. Tony and I were initially against the idea of Dustin becoming a policeman for no other reason than he would earn more money as an electrician. Dustin's response to us was that "this is what I've always wanted to do, and if you and dad could make ends meet and afford to raise us on a policeman's salary, then I know Ashley and I can do it too." We have never seen him happier; he has a now wife, a beautiful daughter and a career than he always wanted. Tony and I realized that Dustin was focused and dedicated to supporting his family.

Dustin was previously married but shortly thereafter, he and his first wife divorced. Being divorced has nothing to do with his character or morals and Tony and I applauded their decision to divorce rather than continue with a relationship that was not healthy. People grow and sometimes things just don't work out how you think they will.

Dustin and Ashley were together for about five years before getting married. Dustin and Ashley got married because they love each other and have a daughter. That speaks volumes as to his character.

Dustin told me about an informant he had that was poor and didn't have much. Dustin also said he was paying this informant with department money but the payments were not much at all. Dustin gave this informant clothing and did what he could to help the informant support his family. This type of thing is the true Dustin and shows how caring he truly is.

The text message sent to Luther was an apology for even being on the scene when it happened, plus Luther and Tony have been friends for years. I think weather it was Luther or some other policeman who was working undercover that night, Dustin would have sent an apology text because that's just the type of caring person Dustin is.

The text messages taken from Dustin's phone are upsetting, but do not reflect the real Dustin. I don't condone the text messages and Dustin was not raised like that, but again, those texts do not reflect the true Dustin.

In closing, I want to say that Dustin is a truly compassionate, caring person who loves and adores his wife and daughter, his family and his friends. I pray that the court realizes this and shows leniency to him at sentencing.


Sincerely,

*Melissa A. Boone*

Melissa Boone