Honorable E. Richard Webber
United States District Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Courtroom 17 South
St. Louis, Mo., 63102


Dear Judge Richard Webber,


My name is Lisa Perkins, and I am writing this letter in support of Dustin Boone.

I have known the Boone family for over 25 years and have been active with them as we volunteered our time at school, church, and social events when the children were younger.

Dustin was always and continues to be very dedicated to his family. He has an adorable seven year old little girl named Lola who thinks the world of her daddy and he of her. Lola would be greatly traumatized by having him leave her for a length of time.

Dustin has lost his job that he loved and was proud of serving the citizens of this city, and now he will always have this stigma hanging over his head.

Dustin is an honorable person and has received numerous awards during his short time as a police officer.

The past four years have been excruciatingly painful for Dustin and his family and I'm asking that you have mercy during your sentencing of Dustin.

I truly appreciate you taking time to read this letter.


                                                                Sincerely,


                                                                Lisa Hazel Perkins
                                                                7816 General Sheridan Ln
                                                                St. Louis, Mo 63123

