# OFFICE OF THE MAYOR
## CITY OF ST. LOUIS
### MISSOURI

LYDA KREWSON
MAYOR

CITY HALL - ROOM 200
1200 MARKET STREET
SAINT LOUIS, MISSOURI 63103-2877
(314) 622-3201
FAX: (314) 622-4061
KREWSONL@STLOUIS-MO.GOV

September 13, 2017

Police Officer Dustin Boone
St. Louis Metropolitan Police Department
1915 Olive Street
St. Louis, MO  63103

Dear Officer Boone:

Congratulations on being honored as the Fifth District "Month of July" for 2016!

I want you to know how very proud I am of you for serving the City of St. Louis. You have distinguished yourself by showing your true dedication to the citizens of the Fifth District, going above and beyond the call of duty in the handling of your calls for service. Your hard work has not gone unnoticed, but is recognized by those with whom you work, as well as the people of the Fifth District.

On behalf of the people of St. Louis, I extend congratulations and thanks to you for your outstanding service and the very positive impact you have made on crime in the Fifth District.

Sincerely,

Lyda Krewson
Mayor, City of St. Louis



DEFENDANT'S
EXHIBIT
13