# Metropolitan Police Department – City of St. Louis
## 1915 Olive Street
## St. Louis, Missouri




# Department Award of Excellence

Presented To   *Probationary Police Officer Dustin Boone, DSN 11376*

FOR EXCEPTIONAL PERFORMANCE OF DUTY,    This 17th Day of August, 2016

It is my pleasure to acknowledge and comment upon the manner in which you distinguished yourself by exceptional service to this department and community.

On 8/16/16, at approximately 1738hrs, PO Lawrence Kreisman, DSN 6953 and you were on patrol in the Wells/Goodfellow neighborhood, actively searching for a red Ford Taurus bearing Missouri license #DI7M2J, that was involved in a Robbery 1st Degree incident. The original incident occurred at the Tutti Frutti Frozen Yogurt Store located at 4906 Laclede, on 8/15/16. During your patrol, you observed the wanted vehicle, unoccupied and parked at the curb at 5747 Greer. PO Kreisman and you began conducting a covert surveillance of the vehicle. During this surveillance, you observed 3 subjects approaching a vehicle parked directly behind the wanted vehicle. PO Kreisman and you approached and detained the subjects pending a further investigation. Your investigation revealed that one of the subjects, who was a juvenile, was involved in Robbery 1st and that he was still wearing the clothing that he was wearing during the incident, as revealed by surveillance video of the incident. A loaded stolen Glock 9mm handgun with an extended magazine was also located in the vehicle which these detained subjects were attempting to enter. The juvenile subject, who committed the Robbery was conveyed to the Family Courts building where he was remanded into custody of the DJO, pending the disposition of the Robbery charge. The wanted vehicle was processed and towed pending a further investigation. Full facts of the incident are reflected per CN 16-040628.

Your patience, attention to detail, tenacity and your dedication to duty ensured that the wanted vehicle was located, with one suspect immediately identified and that a high capacity firearm was removed from the street. Your actions resulted in this dangerous criminal being quickly removed from the streets, effectively preventing him from victimizing any other persons further.

The police work you performed was of such outstanding quality that official recognition is being awarded to you.

Your participation reflects favorably upon the efficiency of this Department and upon your ability as a Department member. I extend my sincere thanks for a job well done. Congratulations!

Sincerely,

*Capt. Eric Larson* 4596/305
Commander

MPD Form GEN-180 (R-1) (11/99)

