| Metropolitan Police Department |  | City of St. Louis<br>1915 Olive<br>St. Louis, Missouri |
|---|---|---|

## Department Award of Excellence

Presented To **P.O. Dustin Boone DSN 11376**

FOR EXCEPTIONAL PERFORMANCE OF DUTY,    The days of March 13th thru March 21st, 2017

During the time period of March 13th thru March 21st, 2017 you and other Officers took part in an investigation into numerous armed robberies in the DeBalaliviere Place Neighborhood. During several of these incidents the suspect indicated that he would shoot and kill the victim if they did not comply with his demands. You, along with the other Officers, willingly changed your hours and worked overtime as needed so that this suspect could be arrested before victimizing another citizen.

On March 13th, 2017 the Laboratory Division advised that they had identified fingerprints of Michael Martin from a robbery that occurred on March 10th, 2017. Photo lineups were prepared and Martin was positively identified by one of the victims. On March 14th, 2017 warrants for Robbery 1st and Armed Criminal Action were obtained and a state level search warrant was secured for Martin's residence. On March 15th, 2017 the search warrant was executed and Martin was arrested without incident. Martin was interviewed and confessed to ten (10) armed robberies. Warrants were issued and bond was set at $150,000.00 cash only. The work performed was of such outstanding quality that official recognition is being awarded to you. (Your performance reflects favorably upon the effectiveness of this Department and upon your ability as a Department member.) Congratulations on a job well done!

Sincerely,

Capt Eric Larson  4596/305

Captain Eric Larson

DEFENDANT'S EXHIBIT
15