

*Volunteer Appreciation*

This certificate is awarded to

## DUSTIN BOONE

# DEWEY
## International Studies

IN RECOGNITION OF
OUTSTANDING SERVICE

"REACHING OUR
STUDENTS ONE AT A TIME"

_____  5/26/16
Signature—Volunteer Coordinator   Date

*Andrew Donovan*  5/26/16
Signature—Principal   Date

DEFENDANT'S EXHIBIT 16