## Melissa Boone

**From:** Boone, Anthony D <ADBoone@SLMPD.ORG>
**Sent:** Tuesday, April 19, 2016 2:24 PM
**To:** mboone@omnirefrigeration.com
**Subject:** Fw: Recruit Class 2015-02

FYI

*Sgt. Anthony D. Boone*
*District 3*
*444-2536*

---

**From:** Boney, Robert W
**Sent:** Tuesday, April 19, 2016 2:12 PM
**To:** SLMPD
**Subject:** Recruit Class 2015-02

All,

I would like to take this opportunity to share a moment of praise for several SLMPD Academy Recruit Trainees of Class 2015-02. Class 2015-02 is currently in week 19 of their 29 weeks of Academy Training.

Earlier today it was brought to my attention that the below Recruits observed an elderly male walking on Spruce and fall striking his head on the pavement. The elderly male sustained a severe laceration to his face and was bleeding profusely. The Recruits immediately ran to his assistance and EMS was requested.

While awaiting EMS, several of the Recruits obtained medical gauze, quickly applied pressure to the wound and other Recruits provided comfort and protection to the male and his elderly wife, who was extremely upset over the event. Colleen Rossomanno was notified and responded to assist the Recruits and provided her assessment.



DEFENDANT'S EXHIBIT 17

Ms. Rossomanno advised that the Recruits acted quickly and professionally and as a team by taking immediate control of the situation/scene until the medical team arrived. It was obvious that their training kicked in and took over where their lack of experience is still being nurtured. The elderly male listed in stable condition along with his wife was conveyed to the hospital for further treatment. The elderly couple was extremely grateful the "Officers" responded so quickly.

Recruit Trainee Dustin Boone, DSN 11376
Recruit Trainee Andrew Gaines, DSN 11382
Recruit Trainee Gagik Khoudian, DSN 11391
Recruit Trainee Matthew McInerny, DSN 11394
Recruit Trainee Joshua Morrison, DSN 11397
Recruit Trainee Nathan Strickland, DSN 11401
Recruit Trainee Randal Welsch, DSN 11405

Thanks,

Lieutenant Robert Boney, DSN 4873/720
Academy Director
St. Louis Police Academy
315 S. Tucker Blvd.
St. Louis, MO 63102
Phone: (314) 444-5573
Fax: (314) 444-5689
rwboney@slmpd.org