**Metropolitan Police Department**



**City of St. Louis**
**1915 Olive Street**
**St. Louis, Missouri**

## Department Award of Excellence

Presented To:    *Officer Dustin Boone, DSN 11376*

FOR EXCEPTIONAL PERFORMANCE OF DUTY,        This : 17th day of  May 2018

On May 17, 2018, relative to Complaint Number 18-022145, your keen observations, attention to detail, and persistence removed known criminals and dangerous weapons from the streets of Saint Louis.

The work you performed was of such outstanding quality that official recognition is being awarded to you.  Your performance reflects favorably upon the efficiency of this department and upon your ability as a department member.  I extend my sincere thanks for a job well done.  Congratulations!

Sincerely,

Lt. Col. Ronnie L. Robinson

DEFENDANT'S
EXHIBIT
19