Metropolitan Police Department



City of St. Louis
1915 Olive Street
St. Louis, Missouri

## Department Award of Excellence

Presented To: *Officer Dustin Boone, DSN 11336*

FOR EXCEPTIONAL PERFORMANCE OF DUTY,   This : 13th day of June 2018

On June 13, 2018, relative to Complaint Number 18-026641, your keen observations, attention to detail, and persistence removed known criminals and dangerous weapons from the streets of Saint Louis.

The work you performed was of such outstanding quality that official recognition is being awarded to you. Your performance reflects favorably upon the efficiency of this department and upon your ability as a department member. I extend my sincere thanks for a job well done. Congratulations!

Sincerely,

*Lt. Col. Ronnie L. Robinson*

DEFENDANT'S EXHIBIT 20