| Metropolitan Police Department |  | City of St. Louis 1915 Olive Street St. Louis, Missouri |

# Department Award of Excellence

Presented To   *PPO Dustin Boone DSN 11376*

FOR EXCEPTIONAL PERFORMANCE OF DUTY,   This : 1st day of May 2017

On May 1, 2017, you and Officer Santa were on patrol in the Wells/Goodfellow Neighborhood when you noticed a vehicle parking at the curb on the 5900 block of Wabada with three suspects inside. This vehicle had been taken in a carjacking and used in an armed robbery in the Central West End. As the suspects exited, two suspects ran and the third surrendered immediately. The first two suspects later surrendered and were arrested without incident. A 9mm with a silver slide and white handle/frame was recovered from the car. One suspect was wearing the same distinctive clothes as seen in the video captured near the robbery scene in the Central West End.

Your keen observations, attention to detail, and persistence removed knowns criminals and a dangerous weapon from the streets of Saint Louis.

The work you performed was of such outstanding quality that official recognition is being awarded to you. Your performance reflects favorably upon the efficiency of this department and upon your ability as a department member. I extend my sincere thanks for a job well done. Congratulations!

Sincerely,

*Major John Hayden* (signature)
Major John Hayden

DEFENDANT'S EXHIBIT
22