**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )
        vs.                        ) No. 4:18-cr-00975-ERW-1
                                   )
DUSTIN BOONE,                      )
                                   ) November 22, 2021
                Defendant.         )

**TRANSCRIPT OF SENTENCING**
**BEFORE THE HONORABLE E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**

**APPEARANCES**

**FOR PLAINTIFF:**              Carrie Costantin, Esq.
                                Robert F. Livergood, Esq.
                                U.S. Attorney's Office
                                111 S. 10th St., 20th Fl.
                                St. Louis, MO  63102
                                (314) 539-2200


**FOR DEFENDANT:**              Justin A. Kuehn, Esq.
                                Stephen C. Williams, Esq.
                                Kuehn Beasley, P.C.
                                23 Public Square, Suite 450
                                Belleville, IL  62220
                                (618) 277-7260



**REPORTED BY:**                Laura A. Esposito, RPR, CRR, CRC
                                U.S. District Court
                                111 South 10th Street
                                St. Louis, MO  63102
                                (314) 244-7739
                                Laura_Esposito@moed.uscourts.gov

    PRODUCED BY COURT REPORTER COMPUTER-AIDED TRANSCRIPTION

1          *(The following proceedings were held in open court,*

2           *with the defendant present, commencing at 12:58 p.m.)*

3          **THE COURT:**  The rule will be that anyone speaking from

4     the microphone may remove their masks.  And we all should

5     stay masked up as we are proceeding.

6          Calling the case, *United States of America vs.*

7     *Mr. Dustin Boone*.  The number is 4:18-cr-00975-ERW.  Is the

8     United States ready?

9          **MS. COSTANTIN:**  Yes, Your Honor.

10          **THE COURT:**  Is defendant ready?

11          **MR. KUEHN:**  Yes, Your Honor.

12          **THE COURT:**  Very well.  Thank you.

13          I would like to announce what I believe will be the

14     procedure that we will be following today at this hearing.

15          After a brief bench conference I will be making

16     calculations under the United States Sentencing Guidelines,

17     first considering objections to paragraphs 13 and 27 of the

18     presentence report.  The United States Sentencing

19     Guidelines, the Reform Act of 1984, put them in place.  I

20     will be making calculations under the guidelines as

21     mentioned.  I will be applying them in an advisory and not

22     in a mandatory manner.  I will enable -- strike that.

23          I will consider the impact of all the letters that I

24     have received on each side.  I will hear evidence that the

25     United States or the defendant will present.  I'll hear

1    statements of counsel and of Mr. Boone if Mr. Boone cares to

2    speak.

3        I will then decide if there should be any departure

4    under the guidelines.  I'll consider all of the factors set

5    forth in 18 United States Code 3553(a) to decide the nature

6    and scope of the sentence.  I must impose a sentence that is

7    sufficient but not greater than necessary to comply with all

8    of the provisions of 18 United States Code 3553(a).  Those

9    include consideration of the circumstances of the case and

10   the history and characteristics of the defendant.  The

11   sentence imposed must reflect the seriousness of the

12   offense, promote respect for the law, and provide just

13   punishment for the offense.  It must afford adequate

14   deterrence to criminal conduct and it must protect the

15   public from further crimes the defendant might commit in the

16   future.  It needs to provide him with needed educational,

17   vocational training, medical care, and other correctional

18   treatment in the most effective manner.  I will consider all

19   kinds of sentences available and the need to avoid

20   sentencing disparity among similarly situated defendants

21   facing similarly situated offenses.

22       We shall now have the brief bench conference at this

23   time.

24        *(Pursuant to Local Rule 13.05, a bench conference was*

25         *held on the record and placed under seal, after which*

1          **the following proceedings continued in open court:)**

2          **THE COURT:**  I want now to turn to the United States

3     Sentencing Guidelines.  There are objections to the

4     guidelines in two respects.  The first is under

5     paragraph 13.  Defendant objects to the statement:

6                    "Despite having no problem probable cause

7                to arrest L.H., and believing that L.H. was a

8                protester, Bailey Colletta ordered L.H. to the

9                ground."

10         The defendant argues that the evidence presented at

11    trial established that there was probable cause to arrest

12    L.H.  Specifically, defendant contends that the dispersal

13    order was given and a failure to comply with a dispersal

14    order would subject someone to arrest.

15         It is the position of the -- well, I'll disregard that

16    position of the probation office.

17         I'll hear your objection at this time.

18         **MR. WILLIAMS:**  Thank you, Your Honor.

19         And the Court has summarized the objection, and the

20    only thing I would add -- and this comes directly from our

21    papers:  First of all, there are two points in time where

22    you can hear on the tape that the dispersal order has been

23    given.  I believe the government has acknowledged this and

24    that their position is that L.H. was moving around the

25    library and then stopped for a short period of time.  And

1    while -- you know, what's a "short period of time"?  That's

2    certainly a judgment call.  You know, by some people's

3    calculation, that would be a short period of time.

4         The fact is, they were in the area for over three

5    minutes after the dispersal order can be heard on the tape.

6    L.H. was standing in an area.  Everyone knows where he was.

7    He was standing there.  And at that point in time the

8    dispersal order had been given for quite sometime.  Whether

9    it's too short of a time, I suppose that's a judgment call

10   for the Court, but the reality is, he's standing there well

11   after a dispersal order had been given, and it was

12   uncontested that that is a basis for an arrest.

13        The other thing I would add, in response to the

14   government's response to this objection, which does not have

15   an impact on the guidelines, but we do object to it being in

16   the presentence report, is any agreement that the government

17   had with Bailey Colletta about what happened doesn't govern

18   what the Court's decision is with respect to this case.

19   They agreed there was no probable cause, but we don't agree

20   with their agreement, especially after looking at the

21   transcript of the trial, seeing what the uncontested

22   evidence was.

23        Thank you, Judge.

24        **THE COURT:**  Thank you.  Response?

25        **MS. COSTANTIN:**  Well, first of all, to respond to the

1    objection, the first sentence that is specifically objected

2    to, and that's the only sentence that's objected to, is,

3    "Despite having no probable cause to arrest L.H., and

4    believing that L.H. was a protester, Bailey Colletta ordered

5    L.H. to the ground."

6         The fact that Bailey Colletta, in her plea, admits

7    that there was no probable cause when she made those

8    statements ordering Detective Hall to the ground is

9    dispositive of this issue.

10        In addition, I would say that this Court has seen that

11   video, the cell phone video, and when the first dispersal

12   order is heard on the cell phone video, Detective Hall is at

13   Locust and 13th Street.  On the video you can see he and

14   other people around him immediately begin to run.  You can

15   see the motion of the phone, you can see other people

16   running, and he is running north along the east side of the

17   library.  He is, in fact, dispersing.

18        When they get to the north side of the library he then

19   begins to run west.  At that point he then turns down south

20   and is coming down the library steps when the second

21   dispersal order can be heard, the one about the munitions.

22   At that point he is literally coming down the steps, and he

23   turns and goes west.  All of these are dispersing -- in all

24   the situations he's dispersing away from the order, so he

25   is, in fact, dispersing.

1     When that last dispersal order is heard on the cell

2  phone video, he begins to go west.  He is assaulted six

3  seconds after at that dispersal order can be heard, and he

4  pauses for a moment, as you can see, when he is confronted

5  by the officers, and that's when the assault begins.  So to

6  say that there's probable cause to arrest him for failing to

7  disperse ignores the video that itself shows that he was

8  dispersing.

9     Thank you, Judge.

10     **THE COURT:**  All right.  Thank you.  Response?

11     **MR. WILLIAMS:**  Judge, only that Bailey Colletta's

12  subjective beliefs have nothing to do with probable cause.

13  Probable cause is an objective determination, so, again,

14  what she agreed to with the government has no bearing on the

15  determination.

16     Thank you, Judge.

17     **THE COURT:**  All right.  The second objection is to

18  paragraph 27.  Defendant objects to the seven-level

19  enhancement pursuant to United States Sentencing Guidelines

20  Section 2A.2 -- strike that -- 2A2.2(b)(3)(C) for victim

21  suffered permanent or life-threatening bodily injuries.

22     Defendant does not contest the fact that L.H. suffered

23  serious injuries but suggests that there's a reason why they

24  are more appropriately identified as serious bodily injuries

25  and, therefore, a five-level enhancement under Guideline

1    2A2.2(b)(3)(C) is appropriate.

2           So I'll hear you at this time, Counsel.

3           **MR. WILLIAMS:**  Yes, Your Honor.  And we recognize that

4    the cases from other circuits in particular are not helpful

5    to our position in this regard, but we believe that those

6    cases, A, are not precisely on point and are not persuasive

7    as it relates to the difference between permanent bodily

8    injury, which has to be a substantial impairment.  Again,

9    that's a judgment call.

10          We recognize that the physician who testified in this

11   case testified about there being a loss of range of motion,

12   and so there is also evidence of permanent impairment.

13   There's no doubt about that.  The question is:  Does this

14   represent substantial impairment under that guideline?

15          We acknowledge that this meets the criteria for

16   serious bodily injury, which is defined as "injury involving

17   extreme physical pain or protracted impairment of function

18   of a bodily member, organ, or mental faculty."

19          The physician who testified did not testify that this

20   was permanent in terms of what the impairment was.

21   Certainly it might be, but he didn't testify that way.  He

22   doesn't have complete impairment.  It's serious, there's no

23   doubt about it.  This encompasses serious physical pain and

24   it also specifically addresses issues of surgery.

25          The one Eighth Circuit case that was cited to deals

1  with a scar from a bullet.  This is -- that's disfigurement.

2  And we're not arguing that there's dis -- we're arguing

3  there's no disfigurement.  A scar from a surgery is always

4  going to be there.  Lasting effects from scar tissue from a

5  surgery are always going to be there, which is why we

6  believe that that is the appropriate guideline range.

7        Thank you, Your Honor.

8        **THE COURT:**  Thank you.  Ms. Costantin?

9        **MS. COSTANTIN:**  Yes, Your Honor.

10        In order to show permanent or life-threatening bodily

11  injury there has to be a finding that there was a loss or

12  substantial impairment of function of bodily member, organ,

13  or mental faculty that is likely to be permanent or obvious

14  disfigurement that is likely to be permanent.

15        The doctor testified, who replaced two discs and fused

16  the neck of Detective Hall, that Detective Hall had lost 16

17  to 20 degrees of movement in his neck and was still in pain.

18  There was no indication that that was not permanent.  I mean

19  that's -- he indicated that it was, in fact, going to get

20  worse because there was a three-and-a-half -- two-and-a-half

21  to 3 percent chance of increasing likelihood of surgery

22  every year.  So over a ten-year period there's going to be a

23  30 percent chance that he's going to need more surgery.

24        So he clearly has substantial impairment of function

25  of his neck and he's likely to have more surgeries, and that

 1    would indicate that -- the cases that I cite talk exactly

 2    about that, about where there's a 15 to 25 percent loss of

 3    function in a thumb -- not a neck, but in a left thumb --

 4    that that is sufficient for permanent -- to find permanent

 5    injury.

 6         Thank you, Judge.

 7         **THE COURT:**  Thank you.  Response?

 8         **MR. WILLIAMS:**  One point, Judge.

 9         The doctor did not testify that that three-and-a-half

10    percent was cumulative and that it increased every year.  He

11    said it was an increased percentage of two to

12    three-and-a-half percent each year, meaning he's got that

13    much more percentage of a chance than someone else of having

14    to have a new surgery, not that it increased.  I read the

15    testimony.  He didn't say that.  And, at best, it's

16    ambiguous if that's how it's being interpreted by the

17    government.  I don't read it that way.

18         Thank you, Judge.

19         **THE COURT:**  All right.  Anything else?

20         **MS. COSTANTIN:**  No, Your Honor.

21         **THE COURT:**  All right.  The objections are noted on

22    the record and will at this time be overruled.

23         The 2018 version of the guideline manual was used to

24    make calculations under the guidelines.  Under Count 1,

25    aiding and abetting the deprivation of rights under color of

1    law resulting in bodily injury and use of a dangerous

2    weapon, basically the guideline for violation of 18 United

3    States Code, Section 242, is guideline 2H1.1, civil rights

4    violation.  Pursuant to Guideline 2H1.1(a)(1), 2A2.2,

5    aggravated assault, is referenced when determining the

6    offense level.  Ultimately the base offense level is 24.

7         Specifically, under Guideline 2A2.2(a), the base

8    offense level is 14, and the following enhancements apply:

9    Four levels pursuant to 2A2.2(b)(2)(B) because a dangerous

10   weapon, riot baton, was used, and seven levels pursuant to

11   2A2.2(b)(3)(C) because the victim suffered permanent or

12   life-threatening bodily injuries.  However, the cumulative

13   adjustment from application of this -- of subsection -- or

14   subdivisions (2) and (3) shall not exceed ten levels.  Under

15   2H1.1(a)(1) and 2A2.2(a), the base offense level is 24.

16        Six levels are added because the offense was committed

17   under color of law.  A six-level enhancement is applicable

18   under 2H1.1(b)(1).

19        Two levels are added.  The victim was physically

20   restrained during the illegal arrest.  Specifically, while

21   L.H. was on the ground, Hays repeatedly hit L.H. with a riot

22   stick and Steven Korte kicked L.H. with his boot.  Boone

23   held L.H. to the ground while Hays hit L.H. with his stick.

24        I do not recall that evidence at all.  I think this is

25   a misstatement that Mr. Boone held him to the ground while

1  he was struck.  I did not see that happening at all, so that

2  will be removed from the conclusions.

3      Two levels are added under 3A1.3, but specifically the

4  reference, "Boone held L.H. on the ground while Hays hit

5  him" -- "hit L.H. with a riot stick" is an inaccurate

6  statement of the evidence that I saw.  The adjusted offense

7  level is 32, and the total offense level is 32.

8      The criminal history category is 1, and the Sentencing

9  Guideline range is from 121 to 151 months.  The maximum term

10 of imprisonment is ten years, so the effective range is 120

11 months.

12     Will there be evidence presented by the United States?

13     **MS. COSTANTIN:**  Your Honor, there will be no evidence

14 by the government, but Detective Hall would like to make a

15 victim impact statement.  If this is the time, he'd like to

16 do that.

17     **THE COURT:**  At this time I would also ask counsel to

18 come up and discuss the other matter we briefly discussed at

19 the bench concerning the letters.

20     **MR. KUEHN:**  Once again, would you like our client to

21 approach?

22     **THE COURT:**  Sure.

23              *   *   *   *

24     *(Discussion held at sidebar between the Court and*

25      *counsel as follows:)*

1      **THE COURT:**  Earlier mention was made that there were

2   some letters supplied by the Court.  Actually, Mr. Hall's

3   counsel delivered letters to chambers, and I ordered they be

4   filed, and that's how that came about.

5      **MS. COSTANTIN:**  We received two more this morning.

6      **THE COURT:**  Yes, and I -- [inaudible].

7      **COURT REPORTER:**  I'm sorry, I'm having a hard time

8   hearing.

9      **MR. WILLIAMS:**  So, Your Honor --

10     **THE COURT:**  Okay.  Wait just a second.  I don't think

11  she heard.

12     **MS. COSTANTIN:**  I was just saying, we received two

13  more letters this morning from Detective Hall's lawyer, and

14  I sent them to Mr. Williams and also sent -- had my legal

15  assistant bring them up.

16     **THE COURT:**  Okay.

17     **MR. WILLIAMS:**  So, Your Honor, our objection in

18  reading these letters -- which we first received the first

19  batch on Friday.  We recognize that, under 18 United States

20  Code, Section 3661, there are very few limitations on what

21  the Court can consider, but what the -- when it says "no

22  limitations," it's concerning the background, character, and

23  conduct of the defendant, so -- and, arguably, that would

24  include the effect this would have on Mr. Hall.  And we

25  acknowledge that.  And certainly there are portions of these

1  letters that relate directly to that.  Our concern is

2  with -- there's -- in some of these letters entirely, but in

3  almost every letter there is quite a bit of opinion

4  regarding what his sentence should be and how horrible what

5  he did was, and it's no different -- I should -- let me

6  revise that.

7        These are all friends of Mr. Hall, but it's only one

8  step away from the general public coming in and opining as

9  to what a particular sentence should be, how bad the conduct

10 is, what their opinions as to the effect on the general

11 public.  And the argue is, these things are inappropriate

12 and would be a due process violation to consider those

13 opinions just for the same reason that those people with

14 those biases would not be allowed to sit on a jury and we

15 don't invite the public to come in and do a sentence by

16 public opinion.

17       That's essentially my objection, Judge.

18       **THE COURT:**  Okay.

19       **MS. COSTANTIN:**  Judge --

20       **THE COURT:**  Come a little closer.  I don't think she's

21 going to hear you.

22       **MS. COSTANTIN:**  Judge, I would simply say that, not

23 only that statute, but there's also case law I sent to

24 Mr. Williams Friday when he raised this, that the Court can

25 consider literally any evidence and give it whatever weight

```
1   it wishes to give it.  And that would be my response.
2         THE COURT:  Yeah.
3         MR. WILLIAMS:  Well, just -- those cases deal with --
4   primarily, Judge, we're talking about acquitted conduct, so
5   those things -- that's evidence of a person's character.
6   These are just -- what we're talking about is these letters
7   are rife with simply opinions about what should be done.
8         THE COURT:  Yeah, I know that's true.  What I have
9   done is put the letters -- sort of -- give them to the
10  government.  The next letter I read is from the -- on behalf
11  of Mr. Hall.  And I'm going to read a lot of that in there
12  just for public.  There's a lot of anger associated with
13  this case, and the intention is to talk about it on the
14  record because it has some bearing on what I eventually
15  intend to do in this case, so that's the reason I'm going to
16  allow it.
17        MR. KUEHN:  One thing while we're here.  So I
18  understand that Detective Hall's going to give an allocution
19  before the government speaks, and I know Mr. Boone wants to
20  speak, to address the Court.  Would you prefer him to do
21  that before I make my sentencing remarks or after?
22        THE COURT:  Before.
23        MR. KUEHN:  Thank you, Your Honor.
24        THE COURT:  What we will do -- just a second.  Let me
25  get my notes here.
```

1          So everybody's informed, what I will do, I will ask,

2    "Will there be any evidence by the United States?"  And

3    we'll hear Mr. Hall.  And then, "Will there be evidence by

4    the defendant?"  And that would be the appropriate time for

5    Mr. Boone to speak.  And then I'll after that we'll hear

6    from respective counsel, and I'll hear from Mr. Boone.  When

7    would you prefer Mr. Boone to speak, after --

8          **MR. KUEHN:**  [Inaudible.]

9          **COURT REPORTER:**  I can't hear you.

10         **MR. KUEHN:**  I'm sorry.  I'll be happy, Your Honor, to

11   have Mr. Boone speak to the Court before I address the

12   Court.  Thank you.

13         **MR. WILLIAMS:**  Thank you, Judge.

14         **(End of discussion at sidebar.)**

15                        *   *   *   *

16         **THE COURT:**  Ms. Costantin.

17         **(Luther Hall approaches the podium to address the**

18          **Court.)**

19         **MR. HALL:**  Thanks, Judge.

20         **THE COURT:**  Yes.  Good afternoon.

21         **MR. HALL:**  I'd like to thank you for giving me this

22   opportunity to address the Court.

23         **THE COURT:**  Would you please state your full name

24   first.

25         **MR. HALL:**  Luther Hall, Jr.

1          On September 17th, my life as I knew it changed.  My

2     22-year career with the SLMPD, so-called friendships, and so

3     much more changed.  I endured multiple surgeries and

4     procedures to relieve the pain I feel every day, but I'm

5     still in pain.  There's no surgery that can fix the

6     psychological impact of being beaten by my fellow officers.

7          My diagnoses are depression, anxiety, and

8     post-traumatic stress.  Daily I take oxycodone for the

9     physical pain and Xanax for the depression and anxiety, and

10    I still have weekly appointments to improve my mental

11    health, all because of the actions of the defendant.

12         People tell me it will get better, and I hope they are

13    right, but more than four years have passed and I'm still in

14    physical pain.  I'm still hypervigilant, afraid of what

15    might trigger my flight or fight reflexes.  I'm still

16    anxious and still depressed.

17         Defendant Hays, you sentenced to 52 months.

18    Defendant Boone will get out after whatever time you

19    sentence him, but my life is forever changed.  It will never

20    be normal.  I don't get to put this behind me because the

21    pain reminds me every day that my fellow officers -- or what

22    my fellow officers did to me.

23         After the last two sentencings I don't feel what I and

24    my family and my friends had to endure for the last

25    four-plus years really mattered in your decision-making.  In

1  an article published on the Crime Report website in 2018,

2  you stated you have a burning desire to make life better for

3  the people in the inner city.  St. Louis again can be great.

4  It's not great now.  It's divided.  Seriously racially

5  divided city.

6      Because of the sentences you handed down this summer

7  to defendants Colletta and Hays, you've increased that

8  racial divide in the city.  Your Honor, you showed

9  Defendants Colletta and Hays mercy, praised them for their

10  accomplishments, and gave them lenient sentences.  By doing

11  this, you have not only increased the divide in the city but

12  reinforced the belief that white defendants, especially

13  white police officers, are given preferential treatment;

14  that white police officers who assault, mistreat, and

15  violate the civil rights of African-American protesters,

16  citizens, and even law enforcement officers are never fully

17  held responsible for their actions.  The defendants were

18  coddled and showed favoritism.

19      And in rare cases like this one, when white defendants

20  are found guilty or plea, they're often given lighter

21  sentences.  The defendants are normally treated with

22  leniency that's not shown to African-American defendants.  I

23  can say this:  My family, close friends, and the

24  African-American community who followed this case from the

25  beginning in no way believe your sentences for defendants

1  Hays and Colletta in any way were beneficial to the

2  community.  One of my friends spent several years working

3  and serving for the better family life, and I can tell you

4  that he was disappointed with the sentences you handed down

5  to Colletta and Hays.  The sentences you handed down were

6  much lighter than some black police officers that were

7  charged with lesser crimes in which victims were not

8  assaulted, not injured, not seriously injured, and civil

9  rights were not violated.

10      In your interview you also stated that 5 percent of

11  the population will never be helped, that they need prison,

12  and that they're going to hurt someone if here out there.

13  The officers that assaulted me on September 17th, 2017, are

14  part of that 5 percent.

15      Defendant Boone has shown he is in part -- he is part

16  of that 5 percent by his words and action.  He is, in

17  part -- he is part of that 5 percent who enjoy hurting

18  people.  He bragged about hurting others besides me.  He

19  told like-minded officers that beating the hell out of

20  shitheads like me was going to be a lot of fun.

21      Like Hays and Meyers, he expressed his excitement and

22  he was elated to confront protesters and inflict harm on

23  them.  He now claims he was just doing his job, and when he

24  held me down while other officers beat me -- but in his own

25  words and actions he showed that this was true.

1    He even shared the fun of beating up protesters with

2    his girlfriend, FaceTiming what he did to me.  He considered

3    what he did to me entertainment until he found out that I

4    was a police officer and that he might be held accountable.

5    Defendant Boone is worse -- is the worst of the 5 percent

6    who are going to hurt people if they're out.  He used his

7    authority of his badge to harrass, target, and assault

8    people of color, and enjoyed doing so.  He is a predator.

9    Defendant Boone exchanged vile, foul, and racist text

10   messages with his father, mother, sister, wife, coworkers,

11   and the mayor of Bonne Terre, Missouri.  He and others who

12   share his sentiments ask you to believe that the text

13   messages are not the real Boone, but they are.  He sent

14   those text messages to his family and friends, people who he

15   trusted, people who he shared his sentiments.  These text

16   messages show a pattern of blatant racism by Defendant Boone

17   and a disdain for the African-American community.

18   Judge, in your 2018 article you stated that you

19   believe the spirit can be revived and St. Louis again can be

20   a great city, that you believe everyone can have a better

21   life and that the city is still divided.

22   I would say to you, for the citizens of the city, and

23   especially the African-American community, you handing down

24   the recommended sentence by the U.S. Attorney's Office to

25   Defendant Boone will send a strong message to the law

1    enforcement community and the citizens of St. Louis.

2        Defendant Boone also stated to you that there's a

3    culture of excessive force within the St. Louis Police

4    Department.  The culture persists because officers who use

5    excessive force are not held accountable.  Your sentence

6    will send a message about whether those officers who hold

7    positions of trust, authority, and power can abuse that

8    trust, authority, and power.  Police officers must be held

9    to a higher standard or the culture of excessive violence

10   will continue.

11       And the people of St. Louis, especially those of

12   color, who know when they break the law they will not be

13   shown mercy, must know that white police officers or law

14   enforcement officers who break the law will not only be

15   charged, they will be tried, convicted, and not receive

16   special treatment.

17       Your Honor, I implore that Defendant Boone, who

18   participated in the brutal assault on me on September 17th,

19   2017, be held accountable and that you take the sentencing

20   recommendations of the AUSA.

21       Thank you.

22       **THE COURT:**  Thank you, Mr. Hall.

23       Will there be evidence by the United States -- by the

24   defendant?  I'm sorry.

25       **MR. KUEHN:**  Your Honor, we've attached 22 exhibits to

1    our sentencing memorandum.

2         **THE COURT:**  Yes.

3         **MR. KUEHN:**  In addition to those exhibits, the only

4    thing we would like to present to the Court is an allocution

5    by Mr. Boone.

6         **THE COURT:**  Yes.  At this time, Mr. Boone, come

7    forward.

8         **(Dustin Boone approaches the podium to address the**

9          **Court.)**

10        **MR. BOONE:**  Thank you, sir.  Thank you for your time

11   today.

12        **THE COURT:**  Sure.

13        **MR. BOONE:**  I'd like to start by acknowledging why

14   we're here and tell Luther, I'm sorry for what happened to

15   you.  Sorry for what happened to you on the night of

16   September 17th, 2017.

17        While the prosecution has proclaimed my apology to you

18   as not being genuine and me being uncooperative, all I can

19   say is the message was and still is 100 percent heartfelt.

20        I also completely understand why you have doubts

21   regarding that authenticity after seeing my text messages,

22   the context of which were bias, racially charged, extremely

23   careless, arrogant, and downright mean.  I will be

24   embarrassed and apologize for those messages for rest of my

25   life.

1          The embarrassment this caused me is well-deserved, I

2     would say, but the embarrassment to my family and loved

3     ones, seeing what they've had to endure because of me is

4     hard to live with and something I think about daily.

5          The words on my phone were a disgusting illustration

6     of my disregard for other people's feelings, partly due to

7     the fact that I never had one single instance in my life

8     where words come with consequences.  To me, before this

9     event, words were just a way for me to say outlandish

10    nonsense to get a reaction or to overinflate or embellish

11    things.  Not one person I was close to was ever affected by

12    the words I spoke or wrote, so I thought -- or, so I

13    thought.

14         When these texts surfaced, it made me realize how the

15    power -- I'm sorry -- made me realize the power they have,

16    how they actually do hurt people, how they can be portrayed

17    and spun, how they can be read at face value with no spin

18    needed.  This process has taught me there's great

19    consequence to words.  It's humbled me, caused me to

20    apologize more than I would have ever previously believed.

21    Caused me to look dear friends, coworkers, acquaintances in

22    the eye, and with no excuse or explanation available to me,

23    and just say, "I'm so sorry you had to read those words.

24    Please forgive me."  Most have, thankfully.  Some never

25    will, and I understand their stance on that.

1          Never will I claim I didn't know that it was wrong.

2     I'm not going to insult anyone here by making that

3     statement.  I'm simply saying, the words do not have the

4     meaning behind it that it has to the people on the receiving

5     end of it each time it's uttered and texted.

6          I would also like to say the use of these words, my

7     ignorant, irresponsible, and careless speech, is not a

8     product of my upbringing.  Almost every single member of my

9     family has come under fire during this time.  Certainly I

10    have feelings about these tactics but also recognize it

11    stems from me and it is my fault.  My family's filled with

12    great people, no matter how much their character is

13    continuously defamed by this prosecution.  They are my main

14    support system and I will stand by them as they have stood

15    by me forever.  They do not deserve what they've gone

16    through because of me, and I'm relieved another aspect of

17    this is coming to an end for them today.

18         To my entire family:  As I've told you countless

19    times, I'm so sorry for what I've caused you to go through.

20    We'll make it through this like we've made it through

21    everything else life has thrown at us, and we'll be stronger

22    and we will be better.

23         I have lessons to learn.  I have to change my

24    attitude, my disregard for the feelings of others, my

25    carelessness with words.  But there are lessons I have

1　learned.  This did not come into my life a short time ago.

2　It's been a three-year hell in which I've had nothing but

3　time to self-reflect, learn, grow, address some of the

4　shortcomings in my personality.  I plan to continue and grow

5　as a man.

6　　　　Your Honor, and Luther, people can change their ways,

7　even people you view as ignorant and as mean, as you've

8　probably viewed me.  It's very difficult to hear the things

9　said about me and my family.  It's opened my eyes.  I hope

10　you believe me when I tell you the words produced in this

11　case from my phone do not tell the entire story of

12　Dustin Boone.  I believe I am and have been a good person in

13　life.  This made me realize some changes had to be made.

14　I've improved as a person throughout this process, and

15　admittedly, I have more areas I can still improve on.

16　　　　My life's future is in your hands now, sir.  I ask you

17　show me some compassion and hand me a sentence in which my

18　two girls and I can keep our family together intact again.

19　　　　Thank you for your time.

20　　　　**THE COURT:**  Thank you, sir.

21　　　　**MR. KUEHN:**  Thank you, Your Honor.

22　　　　**THE COURT:**  I will now hear from Ms. Costantin.

23　　　　**MS. COSTANTIN:**  Thank you, Your Honor.

24　　　　Judge, as I said in my sentencing memorandum, I'm

25　asking the Court to sentence the defendant to the 120-month

1    sentence of the advisory guideline range.  And I'm not going

2    to rehash my entire sentencing memorandum but I just want to

3    talk about some important points.

4        First of all, the defendant's intent, and the intent

5    we know from the text messages on his phone, before the

6    assault occurred he thought -- he texted that his role on

7    CDT was to just F people up when they don't act right.

8        Another quote is, "It's going to be fun beating the

9    hell out of these shitheads once the sun goes down and

10    nobody can tell us apart."

11        And it's -- another quote is, "It's F'g awesome.

12    People on the streets get F'd up.  LOL."

13        So we know what his intent was before the assault.

14    And then during the assault he is actually FaceTiming his

15    then girlfriend.  He has his phone in the front of his CDT

16    equipment and he's FaceTiming -- that is, he is streaming --

17    what he is doing to his girlfriend.  He's totally showing

18    off for her, and that's what this portion is about is him

19    showing off for her, showing how tough he is, showing what

20    he's going to do to this protester who turns out to be

21    Detective Hall.

22        It's the next day when he learns that the victim is

23    Detective Hall, is a police officer, he texted his

24    girlfriend, "Nothing about that story to anyone.  Not

25    entertaining at all at this point."

1    And that is the point, is that this was entertaining

2    to him.  Beating up protesters was entertaining.  That was

3    his intent was to beat up protesters, and that's what he

4    participates in when he -- when Detective Hall is assaulted.

5    Those texts also show four other assaults he

6    participated in.  On April 19th of 2017, he texted other

7    officers that he tased a motor vehicle theft suspect and,

8    "caught him in some thick overgrow in a side vacate lot.

9    There was nobody around except me, Shaw" -- referring to

10    Officer Shaw -- "shithead and God.  He's in the hospital

11    now, poor guy."

12    Defendant Boone also texted, "Ha-ha-ha.  We made him

13    tell the other officers on scene that he is a pussy.

14    Ha-ha-ha.  He was puking on himself while EMS was looking at

15    him, and saying, 'I'm a pussy, I'm a pussy,' and crying."

16    And then these are the words of the defendant:  "It

17    was the greatest moment of my short career.  LOL."

18    And that is evidence that was heard in Court that was

19    admitted into evidence.  That's one of the assaults that

20    he's done.

21    And I'm talking about, not including the one where he

22    participates in the assault of Detective Hall.  After the

23    assault on Detective Hall, in October of 2017, October 12th,

24    he texts another officer that he's open hand slapped him --

25    referring to a suspect.  "One time down there when Santa" --

1   meaning Officer Santa -- "and I were doing shit with mobile

2   reserve.  He is an ignorant MF.  We didn't arrest him but he

3   got his eyes widened a little with the slap from a white

4   boy."  So that's a second assault that he's participated in.

5        On November 7th of 2017, he texted -- the defendant

6   texted another police officer:  "Yep, motherfuckers, dude

7   got caught in a dead-end gangway, though he was crying and

8   bloody for making me run that far."  So that is another

9   assault that he's participated in.

10       Last one he talks about in text is March 28th of 2018

11  when he arrested a juvenile, and the defendant officer

12  texted him and says, "I hope you beat that kid's ass."

13       And the Defendant Boone's response was:  "We didn't

14  take him to Children's Hospital for nothing.  LOL.  There

15  are so many damn RTCC cameras" -- and we know, Judge, from

16  trial, that means Real Time Crime Center cameras -- "in the

17  5th" -- referring to the 5th District -- "I had to literally

18  drag him behind a privacy fence to avoid one.  Can't believe

19  how inconvenient they have made things."

20       So when you're looking at the defendant and sentencing

21  the defendant, you are to consider his history and

22  characteristics.  And his history can be his criminal

23  history, what he's been convicted of, but it also is his

24  history of assaulting other suspects, because that's all

25  Detective Hall was to him, he was just somebody else that he

1    could assault, that he could send a video of the assault to

2    his girlfriend while he was doing it, and then boast about

3    these actions afterwards.

4         The vast majority of police officers perform their

5    duties responsibly and conscientiously.  The defendant did

6    not.  He used his position as a police officer to assault

7    suspects.  He abused the trust that we put in police

8    officers and then he boasted about it.  A stiff prison

9    sentence is necessary to show the community that this

10   conduct is not to be tolerated, and send a message to those

11   police officers who do abuse the discretion and the power

12   that we give them.

13        In summary, Judge, I would say the defendant said he

14   was going to have fun beating protesters, he participated in

15   the assault of Detective Hall, he boasted about beating

16   protesters and other suspects both before or after

17   Detective Hall was assaulted, and that's why I'm requesting

18   a guideline sentence of 120 months.

19        **THE COURT:**  Whenever you're ready, Counsel.

20        **MR. KUEHN:**  Thank you, Your Honor.

21        Your Honor, good afternoon.  I know this is an

22   important case, Judge, and I know that a lot of people are

23   watching.  And to a lot of the observers Dustin Boone, who

24   is the only defendant convicted at either of these trials,

25   represents every police officer who huddled around 14th and

1    Olive and assaulted Detective Hall, kicking him, punching

2    him, clubbing him with riot batons.  But the fact is,

3    Judge -- and I think this portion of the evidence is pretty

4    much beyond dispute:  Detective Boone personally, or

5    Officer Boone -- now Mr. Boone -- did none of those things.

6    There are certain incontrovertible facts in this case, facts

7    that are supported by photographic evidence that I believe,

8    Your Honor, are very central to deciding Mr. Boone's fate.

9         And I want to begin my commentary just as 3553(a)

10   does, by an examination of the nature and circumstances of

11   the offense and some of these incontrovertible facts.

12        One is, Judge:  This was not an escalating situation.

13   We're not dealing with a situation where there is an arrest

14   and during the course of the arrest it gets -- begins to

15   escalate and eventually it turns to excessive force.

16   Basically what we know from Detective Hall's video, his

17   phone video, and from the other photographic evidence is

18   that Detective Hall was ordered to the ground, and before he

19   could even make it to the ground this assault begins.  He is

20   slammed to the ground, he's hit with riot sticks, he's

21   kicked in the face, he's hit repeatedly.  And we watch the

22   seconds tick by on the video.  And I've got to tell you,

23   Judge, they tick by slow when you're listening to an

24   assault.  I can't imagine how slowly they ticked by for

25   Detective Hall.

1          But we sync these with the FBI enhanced pictures of

2    where Dustin Boone is during the course of this assault, and

3    as it begins and as he's slammed down and as he's hit with

4    riot batons, and like the government's counsel said it at

5    Mr. Hays' sentencing, you can see in the photographs the

6    riot baton being used against Detective Hall.  And you can

7    also see Dustin Boone, Your Honor, and he is actually moving

8    away from this large huddle of police officers who have

9    congregated around Detective Hall as he lie on the ground.

10   And Detective Boone, Mr. Boone, moves towards the

11   Landry Fort situation, we know from photographic evidence,

12   and then returns during the course of the 12 minutes of

13   photographic evidence that we have during the course of this

14   assault.  And then there's this 39-second period where

15   everything goes dead for a while.  And at some point we know

16   Dustin Boone entered the fray, and we don't know exactly

17   when.

18          But there's certain aspects of this case that I

19   believe, Your Honor, warrant serious consideration.  And

20   primary among them is that, when this assault began, when

21   the decision was made to take Detective Hall to the ground

22   and when he was being struck by riot batons, he was not part

23   of this incident; he was off to the side.  And one of the

24   reasons why that's important, Judge, is because, under this

25   important section that we have in the United States Code,

1   3553(a), one of the things that the Court must consider is

2   unwarranted sentencing disparity among similarly situated

3   defendants.  And I know it's the government's position that

4   Randy Hays and Dustin Boone are not similarly situated

5   because Randy Hays pled guilty, Dustin Boone did not.

6   Randy Hays testified for the prosecution at least at one

7   trial.  Dustin Boone did not.  And those things are true.

8   Those are important distinctions.  But I would say, Judge,

9   they're not as important as other distinctions that exist in

10  this case.

11       One is:  Detective Hays, who received a 52-month

12  sentence, he started it.  His colleague and girlfriend,

13  Bailey Colletta, walks past this generator.  Luther Hall

14  catches her eye and she immediately screams for him to get

15  on the ground, and her then colleague and boyfriend, hearing

16  her excited comments, runs into the fray and throws the man

17  on the ground.  He then pulls out a lethal --

18       Yes, sir.  I'm sorry.  I thought you were going to

19  ask --

20       **THE COURT:**  No.

21       **MR. KUEHN:**  He then pulls out a lethal weapon, a riot

22  baton, and strikes the man three to five times.  He then

23  throws him to the ground again.  It is sometime thereafter

24  that Dustin Boone enters this picture.  Dustin Boone did not

25  hit him with a lethal weapon, he didn't hit him with

1   anything, not his fist, not his boots.  That's the testimony

2   of Randy Hays at the first trial.  And there's not a single

3   shred of evidence to suggest otherwise in this trial that he

4   ever hit struck, clubbed, or did anything other than

5   restrain the man.

6        That doesn't make him blameless, Judge.  The jury has

7   spoken and he deserves to be punished.  But in terms of

8   looking at unwarranted -- or warranted disparity and

9   deciding, in light of the 52-month sentence that Randy Hays

10  received, what's an appropriate sentence, it's important

11  that Dustin Boone did not strike the man, that he wasn't

12  there when this arrest started, and that he never threw him

13  down on the ground.  He restrained him and he should be

14  punished for that.

15       But I would suggest, Judge, that given these facts and

16  given the differences, if the mission of any Court is to

17  find a sentence that is sufficient but not greater than

18  necessary to meet the aims of 3553(a), that if a 52-month

19  sentence is sufficient for a defendant, notwithstanding how

20  he behaved afterwards -- if that sentence is sufficient for

21  a defendant who clubs a man, throws his face down into the

22  pavement twice, and was there from the very beginning, it

23  ought to be sufficient or greater than sufficient --

24  something less is warranted for a man who comes in long

25  after the violence was initiated and restrains him.

1          Now, Judge, I want to turn to the history and

2     characteristics of the defendant, and they're tough in this

3     case.  And they're tough in a lot of cases, Judge, because

4     human beings are complicated creatures and a lot of times

5     they show different sides of themselves.  And I've got

6     nothing to say about those texts, other than they're vile.

7     I really can't justify them.

8          Now, I can say this, that a lot of the texts that the

9     government focuses on with respect to prior incidents of

10    assaults, they're not corroborated by any complaints of

11    civil rights violations, they're not corroborated by

12    evidence; they're simply things that he writes on his cell

13    phone.  Again, I can't justify them.

14         I can say this, Judge:  That we've also presented to

15    you character letters by individuals like Officer Linhorst,

16    who put himself out there, who's married to an

17    African-American woman, and he says, "I rode with

18    Dustin Boone.  I saw him go into underprivileged communities

19    and I watched him diffuse situations, not with violence but

20    with humor."

21         He essentially tells you, Judge -- and he's aware of

22    the texts.  He tells you, the man Dustin Boone is showing

23    himself to be in these select texts that have been presented

24    by the government is not the man I witnessed when I rode

25    with him and watched his policing.

1          We've got these horrible texts.  We've also got
2     commendations, awards, things that Dustin Boone did well
3     when he was a police officer.  We have these texts which
4     involve racial content.  They're racist texts.  I would
5     submit to you that, on one hand, you've got these terrible
6     racist things being said; on the other hand, you've got one
7     of the Boone family's best friends, who's an
8     African-American woman, and says, "I know what the texts say
9     but that doesn't change the love he's shown me."  There's
10    one house where she, as an overprotective mother, who will
11    allow their kids to stay other than grandma and grandpa's,
12    and it's the house of Dustin and Ashley Boone.
13         It's all to say, Judge, that people are multi-faceted.
14    He's shown a very dark side of his character, something he
15    intends to work on and that he has worked on.  And I hope
16    he's right.  But there are better sides of the man, too, and
17    you know that because of the letters that were written to
18    you on behalf of Mr. Boone, not just by his family but by
19    friends and by other police officers.
20         And one thing that I think cannot be disputed, Judge,
21    is that Dustin Boone is one heck of a family man.  And I'm
22    sure Your Honor's aware and read it in presentence report:
23    Dustin Boone was abandoned by his father when he was an
24    infant, his biological father.  There's a man in his life
25    that he considers to be his father now, but his biological

1    father left him before he ever knew him.  And very early in

2    his life Dustin Boone decided he was not going to be that

3    kind of a dad, and he's not.  He's a very involved, very

4    supportive dad, very loving husband.  He's supportive to his

5    parents and to his sisters and to his friends and to the

6    people of the community, Your Honor.

7         He's got a skill, and it's one that I wish he'd have

8    stuck with because, as much as I don't think those texts

9    should overshadow the conduct in this case, I think what

10   happened and the role that Dustin Boone played in the

11   assault and when he entered the assault, that these should

12   be the things that drive your decision, Your Honor.  I don't

13   think the texts should overshadow them.

14        But I will say that as much as -- I guess what I'd

15   like to say is that those texts show he probably should have

16   never been a police officer.  And I hope he's changed.  He

17   should have stayed as an electrician.  That's a skill that

18   he has and it's one that he used, not just to line his own

19   pockets, Your Honor.  He went to friends' house and helped

20   them in times of need; more importantly, donated his time to

21   Habitat for Humanity.  He went to underprivileged

22   neighborhoods in St. Louis and helped people with electrical

23   work that could not otherwise be done so that they would be

24   safe.  And, again, that shows another side of the man that

25   isn't reflected in the select texts that have been presented

1  to Your Honor.

2      I think deterrence is an important factor in this case

3  and in any other.  I know it's important in a case like

4  this, and people are watching.  And I would say this, Judge:

5  As a society, we've made strides.  And I think it's the

6  advent of the iPhone where people walk around with video

7  cameras in their pockets now and you can't sweep police

8  brutality under the rug.  It's a good thing.  And by and

9  large over the course of time, internal affairs

10 investigation and maybe a 1983 lawsuit where you stand to be

11 indemnified by whatever department you work for, these were

12 the only deterrents that really existed, by and large.  And

13 now things have changed.  We see more prosecutions underway.

14     I've got to tell you, Judge, when you're a police

15 officer, one day in a penitentiary is a very frightening

16 thought, and that's becoming a reality.  And the sentence

17 that you delivered to Randy Hays, it's going to send a

18 message to other police officers.  And whatever your

19 sentence is here today -- we're advocating a sentence of 26

20 months, but whatever your sentence is, it's going to send a

21 message to the public, in addition to the public ridicule

22 and the embasement that's brought upon families and the loss

23 of employment and the stigma of a felony conviction that

24 will last for the rest of Dustin Boone's life.

25     In addition to that, I can tell you, Your Honor, he's

1    frightened for himself and for his family, and he's about to

2    enter a situation where he'll be persona non grata.  He'll

3    be amongst people who were put away by members of law

4    enforcement.

5         Judge, I don't want to talk too much about this

6    probable cause, and you've already ruled, and I respect that

7    ruling.

8         I do want to say one more issue about at least

9    Dustin Boone's thoughts and what a person in his position

10   would think.  From the outset I would say this:  Whether or

11   not there was probable cause to arrest Detective Hall or

12   not, the man shouldn't have been assaulted.  He shouldn't

13   have been thrown to the ground and beaten with a club or

14   stomped on or punched in the face.

15        I will say that from Detective -- or from Mr. Boone's

16   perspective, what he sees is his fellow officers yelling at

17   the man to get on the ground and to show his hands,

18   repeatedly.  He's several feet away.  He hears them

19   repeatedly saying, "Show me your hands, get on the ground,"

20   and he may have seen the violence that is being rained down.

21        Now, Your Honor, he's not -- he doesn't know why those

22   directives are being given to begin with.  He's out in the

23   middle of a situation.  There are people running in

24   different directions, there are dispersal orders being

25   given, there are pepperballs being fired.  Some of the

1 police officers are rubbing tears out of their eyes and one

2 may have even vomited.  This is a chaotic situation, Judge,

3 and he is listening to what his other -- the other police

4 officers, including Randy Hays, were doing, and he runs over

5 and eventually enters the fray.

6 　　　　Obviously, Detective Hall was not out there to break

7 the law; he was out there to enforce the law.  We're not

8 suggesting otherwise.  We're not saying that he was a

9 criminal.  However, from this man's perspective, how would

10 he know otherwise when he's watching his fellow officers

11 yell commands like they were when he enters the mix?  And

12 that all preceded him becoming involved in what was the

13 assault on Luther Hall.

14 　　　　Judge, I've got to tell you, the next thing that I was

15 going to talk about, I was going to explain why Dustin Boone

16 did not make an allocution.  I was worried that if we bring

17 this case up on appeal, which we intend to do, that his

18 allocution might ultimately be used against him the way the

19 first apology was.  I want Your Honor to know that what

20 Mr. Boone came up and said to you was contrary to his

21 lawyers' advice.  It does underscore how important it was

22 for him to get up here, take responsibility, say he's sorry

23 to Mr. Hall for the second time, and to tell you that it's

24 important to him to change his ways.

25 　　　　Now, Judge, on to my recommendation.  I think it's

1    difficult for any Court any time to arrive at a decision

2    that will so seriously affect a man's life or a woman's

3    life.  I don't envy your position in that regard.  Heard

4    many judges say it's the hardest job that he or she has, and

5    I believe it.

6          The reason I chose 26 months, it happens to be halfway

7    between zero months of incarceration that so many of the

8    officers involved in this situation received, those that

9    were charged, those that were not charged but who were

10   huddled around and managed to evade detection.

11         We know from those pictures, there were a lot more

12   than the handful of officers that have been indicted

13   involved in this situation.  It's plain and simple to see on

14   the videos.  And Dustin Boone was only one of the few who

15   self-identified that next day when Sergeant Jemerson walked

16   into the electricians' hall and says, "Who was involved in

17   the arrest on 14th and Olive?"  And Dustin Boone, not

18   knowing at that time that Detective Hall was the victim in

19   that situation, said, "I was there."

20         Twenty six months is between the zero most people

21   would receive and the 52 that the primary actor received.

22   And I think one thing, Judge, that -- I've alluded to this,

23   but I haven't said it like this.  Dustin Boone is convicted

24   as someone who aided and abetted this assault at whatever

25   juncture that he entered after the 11 or 12 seconds elapsed.

1   Randy Hays is the principal actor here.  He initiated this

2   arrest, he used a deadly weapon, threw Mr. Hall to the

3   ground.  Dustin Boone did none of those things.  And I think

4   that the spirit of 3553(a) supports a sentence somewhere

5   below Randy Hays, and we picked 26 because it was the midway

6   point.

7        Your Honor, that's all I have to say.  I know that it

8   was a lengthy memorandum and that my comments this morning

9   were lengthy but I had a lot of important things to say on

10  Mr. Boone's behalf.  I appreciate you listening.

11       Thank you.

12       **THE COURT:**  Thank you, Counsel.

13       In each case I prepare a sentencing sheet and I want

14  to go over that at this time.  I do acknowledge, as you

15  mentioned, Counsel, that his parents divorced when he was an

16  infant, and only recalls very few occurrences with his

17  father.  I believe he was a toddler at that time.  After his

18  mother remarried, at one time he took it upon himself to

19  change his name to the name of his adoptive father.

20       He has no other criminal offenses, no drug history.

21  Suffers from asthma.  He was in an automobile accident,

22  fractured his right knee and right arm, and was damaged

23  in -- his left eye socket was damaged.  Graduated from high

24  school.  Was with the International Brotherhood of

25  Electrical Workers, Local 1.  In 2016, became a member of

1    the St. Louis Metropolitan Police Department.  He has skills

2    as an electrician and has worked in that job before and

3    since he was a police officer.  His children have been

4    mentioned.  His wife has been mentioned.  And those are the

5    facts that I picked up from the presentence report.

6         I'm going to -- I invite everyone to sit back and

7    relax.  This is going to take some time.  I have a lot of

8    letters in this case, and what I've done is arranged them in

9    an order where, to the extent -- numbers aren't exactly the

10   same, but I read a letter that has been submitted to me in

11   support of Mr. Hall and then I read a letter that's in

12   support of Mr. Boone.  And so it's going to take some time.

13   I have marked up all the letters.  I'm not reading them in

14   their entirety but only those portions that I -- that are

15   not -- well, I think that are most relevant.

16        This one -- I'm not mentioning names.  These letters

17   are all in the public record and they're available for

18   anyone to see that wants to go there and look at them.

19        "Let me start by saying, I've always been a proud

20   member of the Missouri St. Louis Metropolitan Police

21   department but the events of the night of Luther's assault

22   and the behavior of those involved following the assault has

23   made me question my pride in such a department.

24        "I implore you to send a message to those that don a

25   badge everywhere.  A message needs to be sent that the

1   racist culture that exists among the -- among those in

2   uniform is no longer welcome here and must -- amongst the

3   ranks of the St. Louis Metropolitan Police Department or

4   anywhere.

5        "You see, it is apparent, those involved in this

6   incident felt they did nothing wrong in beating a black man

7   until that black man turned out to be another officer.

8   There was no remorse.  In fact, in texts between those

9   involved leading up to the event bragged about wanting to

10  beat people and violate their rights.  Their remorse came

11  only when the next morning they realized that they had

12  beaten an officer.

13       "I watched the incident take a huge toll on my friend,

14  Detective Luther Hall.  The once jovial and high energy

15  friend I always have known Luther to be is now almost

16  reclusive, only speaking to those of us he trusts, because

17  trust doesn't really come easy for him now.  He loved being

18  a policeman and did extra projects for this department he

19  believed loved him so much, a love that was betrayed by the

20  actions of those officers that night and the handling of the

21  incident from the top down.  Luther was always very active.

22  He loved being out among friends, rollerblading in the park,

23  and just being around people.  He can't enjoy those things

24  any longer because it brings such anxiety and uneasiness.

25       "The fact Dustin FaceTimed the assault and shared it

1   with family is a disgusting truth to just how deeply the

2   racism and bigotry run.  Dustin's family, his father being a

3   retired sergeant from the department, joined in the much --

4   in much of Dustin's racial rants.  Dustin admits often times

5   in his texts rants of beating other victims and proudly

6   depriving them of their rights."

7                     *    *    *    *

8        "I have been married for 17 years to my husband, who

9   is a 15-year veteran of the St. Louis Metropolitan Police

10  Department.  As a member -- as a mother of six children, a

11  black woman who was born and raised in North St. Louis, I

12  would like to share with you my feelings about my friend

13  Dustin.

14       "I met Dustin and his wife, Ashley, through my

15  husband.  My husband does not hang out with a lot of

16  policemen but so when he does introduce me to a police

17  officer, I know he thinks very highly of them.  Dustin,

18  Ashley, and I quickly became friends.

19       "Dustin has sent us clothes, toys, electronics,

20  et cetera, that we never would have been able to afford.  He

21  never made it -- he never made it feel -- he never made it

22  feel like charity and the kids were always so excited.

23       "And I know Dustin has grown so much through the whole

24  process.  I know Dustin loves me and my husband and my kids

25  as a family.  No text change the man I knew who deeply loves

1   his family and friends."

2           *(Off the record.)*

3           **THE COURT:**  "I first met Luther in 2004 as a neighbor

4   and colleague.  In 2013, Luther and I became partners as

5   detectives.  Together we took pride in our work and earned

6   the reputation of being thorough, fair, and honest in our

7   investigations, thereby earning the confidence and trust of

8   the Chief of Police.

9           "As a result of Dustin Boone's actions, Luther's life

10  has been forever changed.  He experiences ongoing physical

11  and emotional distress.

12          "Finally, Dustin Boone's assault on Officer Hall ended

13  his 25-year career as a St. Louis City police officer.  By

14  doing so, Luther didn't just lose his livelihood, he lost

15  his identity and spirit.

16          "Our community needs to repair this trust.  A first

17  step towards this is accountability.  I understand your

18  commitment to repairing the racial gap.  In making your

19  determination, you can start to right the wrongs of the past

20  and start rebuilding trust in our justice system by holding

21  Dustin Boone accountable for his actions and sentencing him

22  to the recommended 120 months.  Anything less is a

23  disservice and insult to Luther Hall and victims of hate and

24  racism."

25                          *   *   *   *

1        "Dustin and I met when he was a young officer and a

2    veteran -- and I a veteran officer.  The Dustin Boone I know

3    from the job, the Dustin who treated people with respect and

4    dignity and often left people we made contact with laughing.

5    I never once witnessed or heard anything that caused me to

6    question Dustin's character or treatment of people in the

7    community.

8        "I know Dustin had texts on his phone that he is not

9    proud of and he has paid dearly for those texts.  Dustin is

10   a man I trusted with my life and who I was proud to get to

11   ride with.

12       I've seen Dustin risk his life while serving North

13   St. Louis.  I've seen him show people, like the homeless

14   drug addict, compassion."

15                        *   *   *   *

16       "Luther was a shell of himself.  He was gaunt.  His

17   muscular build was gone.  And so was that walk.  That

18   head-up-high-self-assured walk.  There was sadness in his

19   eyes as we came together to raise money for his hospital

20   expenses that resulted from the defendant's cowardly act.  I

21   became angry.  I'm still angry as I write this Victim Impact

22   Statement.

23       "Luther has sustained horrible injuries as a result of

24   the attack.  But be clear.  Luther is not a victim, and he

25   never will be.  He is an overcomer.  He is someone who

1   defies the odds and lives life on his own terms.  He is

2   someone of character who stresses the importance of doing

3   what is right.

4       "Your Honor, I am asking that you hand down the

5   maximum sentence because there must be consequencess for

6   their actions, and you must send a clear message that

7   St. Louis will not tolerate this rogue behavior.

8       "Luther is like a brother to me.  When I came to

9   St. Louis to begin a Christian-based program for at-risk

10  youth, Luther set up all the technology and computers we

11  needed to help the youth.

12      "Luther met some of the at-risk children and

13  interacted with them.  His compassion and care helped those

14  young black boys see police officers in a different light.

15      "Please do not give the defendant a life sentence -- a

16  light sentence because he wore a badge.  Give him a sentence

17  that matches the hatred and racism in his heart.

18      "Although Luther faces more surgeries due to this

19  attack, he is getting back to himself."

20                  *   *   *   *

21      "I am a retired veteran of the St. Louis Metropolitan

22  Police Department, and I am writing you to ask for leniency

23  in sentencing of Dustin Boone.  I've known the Boone family

24  for many years.  I have been friends with Dustin's father,

25  Tony Boone, since high school, as well as with Dustin for

1   over 25 years.  Dustin's father and I have worked in uniform

2   and in -- as with Dustin for over 25 years.  Dustin's father

3   and I have worked in uniform and undercover operations

4   together for a good many of the years were together on the

5   department.

6        "Dustin was an honest, hardworking policeman and

7   chosen to be on a team of officers that went into the most

8   violent areas of the city to help curb the violence plaguing

9   those areas.

10        "Judge Webber, I do not condone the circumstances

11   surrounding this incident.  Although I implore you to take

12   into consideration the gravity of what these police officers

13   were thrust into."

14                    *   *   *   *

15        "I know Luther personally and have also worked with

16   him over the years and consider him a friend.  I'm truly

17   grateful to Luther.  I am grateful Luther will be" -- I

18   can't read it.

19                    *   *   *   *

20        "I am also aware that after this incident Dustin

21   reached out to Luther Hall to apologize.  This too shows the

22   character of Dustin, apologizing for being present when the

23   actions of some officer was a result of another policeman

24   being injured."

25                    *   *   *   *

1      I'm going to read this one in its entirety.  It's very

2  brief:

3      "I am -- this is Yolanda Hall, mother of

4  Detective Hall, undercover detective who was assaulted by

5  the defendant.  I'm writing you today to let you know how

6  the defendant's actions has affected Luther's life as well

7  as our family.  Luther has already had several surgeries and

8  will need to have more.  Most days he's in constant pain.  I

9  know this because most days I am with him.  As you can see,

10  Your Honor, our family is very close and we spend a lot of

11  time together.  He will probably be under a doctor's care

12  for the rest of his life.  A lot of life's pleasures that he

13  used to enjoy doing he is unable to do now because of the

14  defendant.  It is very difficult to watch your child being

15  in pain and can do nothing about it.  The unprovoked actions

16  of the defendant has left him both traumatized, emotionally

17  as well as physically.  Luther is my only son and well as my

18  youngest I thank God every day that defendants did not take

19  his life.  If my son had committed a crime, he would have to

20  be held accountable for his actions, but he did not, and I

21  hope that you will see that my son Detective Luther Hall

22  gets justice and defendant pay for his unprovoked actions."

23                    *    *    *    *

24      My name -- I am -- this also is a letter from a family

25  member of Mr. Boone:

1          "My name is Melissa Boone, and I am Dustin's mother.

2     I'd like to start by saying I'm not the best at writing

3     letters, especially under circumstances such as this one,

4     but I'll do my best.

5          "Dustin's biological father had very little to do with

6     him and was only in his life when it benefited him.  When I

7     met my husband, Tony, he treated did you say like he was his

8     own son and instilled the same morals and values in him that

9     my family and I had done.  Tony attempted sometimes to

10    legally adopt Dustin, but his biological father would not

11    allow it.  However, Tony continued to raise Dustin as his

12    own."

13         And it speaks of the family activities.

14                              *   *   *   *

15         "Luther no longer trusts the police.  And this is

16    heartbreaking.  Luther used to defend the police in every

17    argument.

18         "You treated Hays and Colletta so delicately.  You

19    allowed Hays to request where he would like to do the time.

20    Why handle him gently?  He didn't handle Luther gently on

21    that night.  It looks like the officers are being treated in

22    a mild manner because they are white.  What would have

23    happened to them if they were black officers or if they beat

24    a white man like they did Luther?

25         "Do you look at the achievements of the victim?  Do

1   you consider the victim's family?  Luther Hall's family.

2   The night of September 17th, 2017 forever changed our lives.

3       "Are you going to be lenient again?  For a man that

4   has shown through texts and actions that racism runs through

5   his veins.  Believe the letters from his family that share

6   the same racist blood?  Those officers saw an opportunity

7   and seized it; they thought with no repercussions.

8       "Those officers made a choice that night to assault a

9   man simply because he was a black man.

10      "You say you want racial reform, yet you are so

11  lenient to police officers who assaulted a black police

12  officer.

13      "I'm trying hard to have faith in the American Justice

14  System, but it is getting more difficult."

15                    *   *   *   *

16      "I'm writing this letter to ask for leniency in the

17  sentencing of Dustin Boone.  I'm Dustin's father and have

18  served the city of St. Louis as a police officer for 30

19  years.

20      "I came into Dustin's life when he was five years old

21  and after his mother, Melissa, and I were married, I

22  attempted to legally adopt him as my own son.  His

23  biological father denied my requests, but nevertheless, I

24  raised him as my own son.  In 2017, unbeknownst to me,

25  Dustin legally changed his name to Boone and presented the

1　legal documents to me on Christmas that year.  Melissa and I

2　were extremely proud that Dustin took it upon himself to do

3　that for me.

4　　　　"Dustin has -- during his career as electrician,

5　Dustin donated his personal time to Habitat for Humanity

6　twice a year for seven or eight years, wiring new

7　construction homes for low income, needy families in

8　North St. Louis."

9　　　　And like all these letters, some of them are very long

10　and I'm picking out what I think is significant statements.

11　　　　"In this assignment, the street team was tasked with

12　addressing violent crimes as well as narcotics and weapons

13　offenses in some of the most dangerous neighborhoods in

14　North St. Louis.

15　　　　"Dustin was awarded a certificate of appreciation for

16　volunteering his services at Dewey school in North St. Louis

17　where he was mentoring the students."

18　　　　　　　　　*　*　*　*

19　　　　"I am Detective Luther Hall's sister.  My brother is

20　an incredible human being who prior to have been beaten by

21　his fellow officers was outgoing and enjoyed spending time

22　with his family and friends.  He is the type of person who

23　would do anything for anyone.  But because my brother's life

24　has been severely altered and he is in constant pain he's

25　unable to be the same person he once was.  My brother did

1    nothing wrong he was only doing what his superiors

2    instructed him to do, but the officers took it upon

3    themselves to beat him and did it themselves as they needed

4    to be held accountable.  Even though I'm the oldest and I

5    should be -- I should be protecting him, he always protected

6    me."

7                         *   *   *   *

8        "I met Dustin Boone ten years ago when Dustin was an

9    electrician.

10       "At the time Dustin introduced my family to his

11   family, we had no running water on the property.  We were in

12   the beginning stages of drilling a well and still finishing

13   the interior of our house.  When Dustin's parents, Tony and

14   Melissa, found out we had no running water in the property,

15   they insisted we take showers at their property.  Not only

16   did they supply us with bathrooms and showers, they did all

17   the cooking that was necessary.

18       "Dustin ran the wiring down the electrical pole to the

19   house and had the electric power wired in a day."

20                        *   *   *   *

21       "This letter is to ask you to sentence St. Louis

22   Metropolitan Police Officer Dustin Boone to the fullest

23   extent allowable.  Dustin Boone violated the oath he took to

24   protect and serve citizens of St. Louis.  Officer Boone's

25   racist and violent actions have added to the fractured

1    relationship between police officers and marginalized

2    communities in St. Louis.  Mr. Boone's racist words and

3    violent actions have added to the divide between police

4    officers in the city, Metropolitan -- St. Louis

5    Metropolitan -- St. Louis Police Department.

6        "I have known and worked with Detective Luther Hall

7    for 20 years.  Detective Hall was energetic and full of life

8    until this incident.  His energy and smile lit up the room.

9    Now, Detective Hall has to live with physical, mental, and

10   emotional scars for the rest of his life.  Detective Hall

11   will never be pain-free because of the actions of

12   Officer Boone and others.

13       "Racist and rogue police officers cannot be tolerated.

14   Officer Boone's actions have added yet another hurdle with

15   healing our city.  Giving the maximum allowable sentence can

16   begin the healing process for Detective Hall, our community

17   and our officers."

18                    *   *   *   *

19       "I have known Dustin Boone for nine or ten years and

20   he is married to my wife's sister.

21       "Dustin -- I am hopeful that others see Dustin's

22   character and how the Boones have handled the adversity is

23   truly taken into consideration for this next and most

24   impactful challenge in this life-changing event."

25                    *   *   *   *

1        "I'm writing this letter on behalf of my brother,

2   Dustin Boone.  Growing up, I never felt anything but love

3   and support from my brother.  I look up to him and always

4   aspired to be like him.  His charisma, humor and kindness

5   attract everyone he is near and he has more friends and

6   acquaintances than I can count.  I always admired his

7   ability to strike up a conversation with anyone and make

8   them feel they have a close friend for years.

9        "I have never known my brother to be violent or

10  aggressive towards anyone."

11                      *   *   *   *

12       "Dustin always wanted to be a policeman and in 2015

13  made a career change and joined the police department.

14  Dustin's response to us was that, 'This is what I've always

15  wanted to do, and if you and dad could make ends meet and

16  afford to raise us as a policeman on a policeman's salary,

17  then Ashley and I can do it too.'  We have never seen him

18  happier.  He has a now wife, a beautiful daughter, and a

19  career that he always wanted.  Tony and I realize that

20  Dustin was focused and dedicated in supporting his family."

21                      *   *   *   *

22       "The past four years have been excruciatingly painful

23  for Dustin and his family and I'm asking that you have mercy

24  during your sentencing of Dustin."

25                      *   *   *   *

1          This one on behalf of the people of St. Louis.  Looks

2     like, "Congratulations and thanks to you on the outstanding

3     service and positive impact you have made on crime in the

4     Fifth District."

5          Almost finished.  A couple more.

6                         *    *    *    *

7          ""As an immigrant to this country and a minority, I at

8     times have feared how others view or treat me.  Mr. Boone

9     met me, he listened to my story, and welcomed me with open

10    arms as a friend.  He respected my culture and my language

11    and upbringing."

12                        *    *    *    *

13         This is the last letter I'll be reading:

14    "Ms. Costantin apologized and the following day pulled

15    Luther aside to talk to him in the aisle so that you would

16    recognize him.  The FBI agent's friend didn't come back

17    because of your misidentification.  He commented about it

18    and found it troubling.

19    "The comments you made during Randy Hays's sentencing

20    were also disturbing.  You shared that his small child would

21    be negative actively impacted by his absence with a lengthy

22    sentence; therefore 52 months was sufficient.  You mentioned

23    research supporting your statement to Bailey Colletta

24    additionally received leniency.  You actually prefaced her

25    sentence with the following statement:  'The prosecution is

```
 1   going to be a little upset with me but.'  needless to say
 2   she was sentenced to three years probation and two
 3   consecutive weekends in prison.
 4        "You have shown me that you do not care about
 5   Luther Hall, his well-being nor justice for him.  Is it
 6   because he's black?  Luther was viciously assaulted because
 7   of his race.  He was a victim.  It was quite obvious that
 8   your implicit bias reared its ugly head when you
 9   misidentified him in court.  It was just unbelievable.  Wow,
10   your actions were such a slap in the face.  I guess you
11   really believe all black people look alike.
12        "I'm certain there's some guilt with your past actions
13   and dealings with African-American men that haunt you.
14        "Be realistic about the biases you have and the harm
15   you've actually caused.  Take a look at the man in the
16   mirror -- start with him.  Your bias matters because it
17   affects your decisions, behaviors, and interactions with
18   others.  Unfortunately, for African-Americans or people of
19   color, you've been dangerous with the power you have.  Think
20   about the victims that come into your courtroom.  Does their
21   quality of life matter to you?  Do you exercise the same
22   level of care when you victims are people of color?  We both
23   know the answer to those questions -- it's a hard 'No!'
24   Judge Webber you don't.  You don't recognize Luther after he
25   spent an enormous amount of time on the stand.  How
```

1     ridiculous is that, sir?  I'm asking.

2          "Judge Webber, do you think a sentence of leniency is

3     appropriate for Dustin Boone?  What message would that send

4     to all of the racists like him?  Racism within police

5     culture began with slave patrols and continues today in

6     2021.  Look at how people were assaulted and victimized the

7     night Luther was injured.  He was hurt and continues to

8     suffer from the beating he endured.  His health has declined

9     and there's another looming surgery as a result of that

10    night.  His quality of life matters, Judge Webber.

11         "I'm asking that you research Luther with the same

12    concern you exercised for Randy Hays.  Can you do that?

13         "Let me tell you about Luther.  He is a kind and

14    intelligent man.  He's such a good soul.  He's a treasured

15    friend and I love him dearly.  I've had an opportunity to

16    laugh and cry with him.  I'm grateful for our friendship."

17         That's it.

18         **UNIDENTIFIED SPEAKER:**  Hear the impacts statements

19    right now.

20         **THE COURT:**  Okay.  Impact statement from whom?

21         **UNIDENTIFIED SPEAKER:**  Toward Dustin Boone.

22         **THE COURT:**  I thought I had everything already given

23    to me.

24         **UNIDENTIFIED SPEAKER:**  Those are letters.  It's not

25    exactly what an impact statement is.  Those are just letters

1    talking about him.

2         **THE COURT:**  Well, what do you have?  This is very

3    unusual.  I don't know -- I haven't had this arise before.

4    You want to come up and testify, is that what you want to

5    do?

6         **UNIDENTIFIED SPEAKER:**  If you allow me, I would like

7    to.

8         **THE COURT:**  How many people are you going to call?

9         **UNIDENTIFIED SPEAKER:**  Just me.

10        **THE COURT:**  All right.

11        **UNIDENTIFIED SPEAKER:**  It's just something that I

12   would like --

13        **THE COURT:**  All right.  Come on up.  Raise your hand

14   and be sworn, please.

15        **(Woman approaches podium to address the Court.)**

16        **DEPUTY CLERK:**  State and spell your name.

17        **MS. SALLY BULLOCK:**  Sally Bullock.  I am related to

18   Dustin Boone.

19        I really didn't have anything prepared.  I have sent a

20   letter but that was just a letter.  What I've sat through

21   this morning and the last two trials, I just -- everyone --

22   both families are heartbroken over what happened to Luther.

23   It's just been horrendous.  The past four years -- I know

24   the reason he gave, but "I'm undercover" would have

25   prevented this, so I still don't understand that completely.

1   And I understand that he -- this is his last chance to

2 get some really, really tough sentence to show the world,

3 show the St. Louis community that you are not racist, you're

4 not biased against blacks and whites.  And I know that

5 you're not.  But it's just, the judicial system has to be

6 fair.  The defendant did not hit Luther.  He did not hit

7 him, he did not beat him.

8   **THE COURT:**  That's been talked about, talked about,

9 talked about.  I got that.  I promise you, I know he didn't

10 hit him.  He didn't -- that didn't happen.

11   **MS. SALLY BULLOCK:**  Okay.  Police officers face low

12 lives every day of their life.  The adrenaline that goes

13 into what they were facing going into that night -- those

14 stupid text messages, they were stupid.  I just don't feel

15 he deserves ten years of punishment when he's gone through

16 four years of punishment for stupid text messages that

17 really weren't saying what he was saying with the other

18 officers who were agreeing with him.  They had to pump

19 themselves up to face a war.  They were going to try to get

20 the troublemakers.  Not the real protesters; the people that

21 were going to destroy things.

22   **THE COURT:**  Ma'am, please end your statement.  End it

23 in ten words or less.  We need to get on with this.

24   **MS. SALLY BULLOCK:**  Okay.  Ten words or less.

25   Dustin didn't do what he is accused of doing.  He

1    should not be punished.  I think he should have probation

2    for all the hell he's been through the past four years.

3    Thank you.

4        **THE COURT:**  There are issues in this case which

5    require consideration.

6        I first acknowledge the impact of the assault on

7    Mr. Hall.  I believe unreasonable use of force was used

8    against him by another defendant, already in prison, because

9    Mr. Hall was African-American.  Mr. Hall suffered pain and

10   substantial impairment of his body, which, from evidence

11   I've heard, convinced me it will cause him permanently to

12   suffer from those injuries.

13       One of the neighbors wrote:  "Luther's life has been

14   forever changed, that he experiences ongoing physical and

15   emotional distress.  He has a loss of appetite, resulting in

16   significant weight loss, difficulty sleeping, and no longer

17   able to complete daily activities without pain.  Luther

18   didn't just lose his livelihood; he lost his identity and

19   spirit.  His job was an important part of his life.  He

20   chose not to disclose his position to an undercover officer

21   because would compromise him in serving in the capacity of

22   an undercover officer in the future.  His" -- and so forth,

23   and end quotes.

24       He certainly has two titanium braces, four titanium

25   screws, and cadaver bones supporting his neck.  From what

1   I'm viewing Mr. Hall's testimony, I remember, rather than

2   addressing the hole in his mouth -- this is a statement that

3   I'm making.  This is not from a letter.

4        From my viewing Mr. Hall's testimony, I remember,

5   rather than addressing the hole in his mouth and pain he was

6   suffering, he chose to go back to headquarters to report on

7   the riot, putting duty over personal care.  Perhaps the

8   greatest harm came from estrangement with other officers who

9   acted unfavorably against him in the course of the following

10  investigation.

11       The next subject mentioned is respective memorandums

12  that concern the reference to racial slurs which permeate

13  this case.  Racism has prevented this country from

14  accomplishing its envisioned destiny.

15       My life, while on the subject, was changed when I was

16  just short of four years old.  My family lived -- and my

17  father had a contracting business to transport trailer

18  houses from different government camps.  We were temporarily

19  living in Mobile, Alabama.  And one day I was outside, met

20  this girl.  She was taller than I, older than I, but we had

21  just a magical day together.  It was wonderful, and so I

22  couldn't wait to take her up and introduce her to my

23  parents.  But when I got to the door my mother said, "Well,

24  it's going to be dinner time and you need to get in and get

25  ready," and so that didn't happen.

1          Well, I got some kind of a message that night.  I

2    don't remember what it was, but I know what it was, I know

3    the meaning of it because the next day this girl came

4    skipping up to me and she stopped because I was looking down

5    at the ground, and she smiled and turned away and walked

6    away and then started skipping again into the distance.  I

7    would just so much like to have had the opportunity to see

8    her again and tell her that I do so regret my actions in

9    deciding that the color of her skin made me better than she.

10          I've spent my entire life trying to reverse the harm

11   racism continues to cause in dividing our country.  When I

12   read the reports of racial comments, my first question was:

13   How can the police organization in the city function if

14   racism is deeply embedded in its culture?  One officer

15   writes, "There is a cultural racism within the department

16   that no one wants to talk about."

17          Several -- that ends that discussion.

18          Several letters I received suggest anything less than

19   very severe punishment imposed by me would send the wrong

20   message to addressing racism, suggesting defendant should be

21   held accountable for all of the wrongs committed against

22   Mr. Hall the night of the assault.

23          My duty as a judge is to review the indictment,

24   consider all of the evidence in the case, and impose a

25   judgment against the defendant for his role in the case.

1   What was defendant's role in this case which goes to aiding

2   and abetting the deprivation of rights under color of law

3   resulting in bodily injury and the use of a dangerous

4   weapon?

5          First and foremost, the action of the officer who

6   twice picked up Mr. Boone -- or twice picked up Mr. Hall and

7   slammed him face-down on the concrete two times clearly

8   violated the act for which the officer has been rightfully

9   imprisoned.

10         I watched the video evidence that was repeatedly

11  presented against -- in the court.  There is no evidence

12  that defendant ever struck Mr. Hall.  The violent acts

13  against Mr. Hall terminated before he approached the side of

14  Mr. Hall and put his knee briefly on his back and his hand

15  on his neck, on the back of his neck while Mr. Hall's lying

16  face-down on the concrete.

17         There is no evidence Defendant Boone was compliant in

18  acting against Mr. Hall in accordance with the despicable

19  text messages.  One jury tried Defendant Boone for the

20  charges in this case and could not reach a verdict.  A

21  second jury tried defendant on the same charges and came

22  back reporting they could not reach a verdict.  Only after

23  giving them further instructions and ordering them back to

24  the jury room for deliberation, and after they deliberated,

25  did the jury come back with a verdict of guilty.

1          The defendant will accordingly be sentenced for his

2    role in the offense and not for any acts of others.  A

3    judgment imposed for the wrong reason is a failure of

4    justice.

5          Under the Sentencing Reform -- strike that.

6          Under the Sentencing Reform Act of 1984, and

7    provisions of 18 United States Code, Section 3553(a), it is

8    the judgment of the Court that the defendant, Dustin Boone,

9    is committed to the custody of the Bureau of Prisons to be

10   imprisoned for 12 months and one day.

11         Upon release from imprisonment he shall be placed on

12   supervised release for a term of three years.  Within 72

13   hours of release from the custody of the Bureau of Prisons

14   he shall report in person to the probation office in which

15   he is released.

16         It is further ordered, under 18 United States Code

17   3663(a), he shall make restitution in the total amount of

18   $6,590.03.  This obligation is joint and several with

19   Randy Hays in this case, meaning that no further payments

20   shall be required after the sum of the amounts actually paid

21   by all defendants has fully covered the compensable

22   injuries.

23         If such future additional defendants may be determined

24   to be responsible for the same loss, that obligation shall

25   be joint and several, meaning that no further payments shall

1    be required after the sum of the amounts actually paid by

2    all defendants has been covered and the compensable

3    injuries.  Payments of restitution shall be made to the

4    clerk of the court for transfer to the victims.  The

5    interest requirement for the restitution is waived.

6         You must not commit another federal, state, or local

7    crime.  You must not unlawfully possess a controlled -- take

8    the -- Abby, take out the part about the controlled

9    substances.  There's nothing in his past that suggests that

10   needs to be in there.

11        You must refrain from any -- and take out paragraph 3

12   about unlawful use of controlled substances.

13        You must cooperate in the collection of DNA as

14   directed by the probation office if collection of such

15   sample is authorized under 34 United States Code 40702.

16        You must make restitution in accordance with 18 United

17   States Code 2248, 2259, 2264, 2327, 2663(a), and 3664.

18        As part of your supervision, you must comply with the

19   standard conditions of supervision that have been adopted by

20   this Court.  As part of your supervision you must comply

21   with the following additional special conditions.  If it is

22   determined there are costs associated with any services

23   provided, you shall pay those costs based on the co-payment

24   fee established by the probation office.  You must not use

25   or possess any controlled substance -- take that part out

1   about controlled substances.

2        You must provide the probation officer with access to

3   any requested financial information and authorize the

4   release of any financial information.  The probation office

5   will share financial information with the United States

6   Attorney's Office.

7        You must not incur new credit charges or open

8   additional lines of credit without the approval of the

9   probation officer.  You must apply all monies received from

10  any anticipated and unexpected financial gains, including

11  tax refunds, inheritances, or judgments to the outstanding

12  Court-ordered financial obligation.  You must immediately

13  notify the probation office of the receipt of any indicated

14  monies.

15       You must submit your person, property, house,

16  residence, office, papers, computers, other electronic

17  communication or data storage device or media or office to a

18  search or searches conducted by the probation office.  You

19  must warn any other occupants that the premises may be

20  subject to searches under this condition.

21       The probation officer may conduct a search under this

22  condition only when reasonable suspicion exists that you

23  have violated a condition of supervision, and the areas to

24  be searched contain evidence of this violation.

25       You have no ability to pay a fine.  No fine is

```
 1    imposed.  You must pay a special assessment of $100, which
 2    is due and payable immediately.
 3         Any notice of appeal that you have a right to file
 4    must be filed within 14 days of this date.  If you're unable
 5    to pay the cost of an appeal you may apply for leave to
 6    appeal in forma pauperis, and the clerk of the court shall
 7    assist you with those filings.
 8         Anything further from the United States?
 9         MS. COSTANTIN:  No, Your Honor.
10         THE COURT:  Anything from the defendant?
11         MR. KUEHN:  Your Honor, just a few things.  One, we
12    would ask Mr. Boone be allowed to self-surrender.
13         THE COURT:  Yes, that will be granted.
14         MR. KUEHN:  And, also, there's a facility down in
15    Pensacola, Florida that I know houses a lot of members of
16    law enforcement.  I've had prior clients that have been
17    probation officers.  I know of other police officers that
18    have been housed there.  I have a member of UNICOR, a prison
19    worker, that's housed there.  And we would ask for a
20    recommendation to that facility, please.
21         THE COURT:  All right.  That will be granted.  Did you
22    get that, Abby?
23         If there's nothing further, Court's in recess.
24         (Proceedings adjourned at 3:00 p.m.)
25                        *   *   *   *
```

1                    **REPORTER'S CERTIFICATE**

2

3        I, Laura A. Esposito, Registered Professional Reporter

4   and Certified Realtime Reporter, hereby certify that I am a

5   duly appointed Official Court Reporter for the United States

6   District Court for the Eastern District of Missouri.

7        I further certify that the foregoing is a true and

8   accurate transcript of the proceedings held in the

9   above-entitled case, that said transcript contains pages 1

10  through 68, inclusive, and was delivered electronically.

11  This reporter takes no responsibility for missing or damaged

12  pages of this transcript when same transcript is copied by

13  any party other than this reporter.

14       Dated at St. Louis, Missouri, this 22nd day of November

15  2021.

16

17                          _Laura A. Esposito_

18                          Laura A. Esposito, RPR, CRR, CRC
                            Official Court Reporter
19

20

21

22

23

24

25