## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF. | ) |
| VS. | ) NO.: 4:18-cr-00975-ERW-1 |
| DUSTIN J. BOONE, | ) |
| DEFENDANT. | ) |

## **MOTION TO TRAVEL**

Comes now the Defendant, Dustin Boone, by his lawyers Stephen Williams and Justin Kuehn, and respectfully requests that this Court modify the defendant's bond to allow travel to Phoenix Arizona for the purpose of visiting family and attending his sister's wedding. Defendant Boone would travel by plane to Phoenix, AZ on December 7th and returning on December 13th. Mr. Boone will stay at the home of his parents during his stay. The Defendant has provided pretrial with the flight information and the address where he would stay.  Counsel for the Defendant has contacted both the government and Defendant's pretrial officer.  The government has indicated it has no objection to this motion.  Counsel has not yet heard back from pretrial.

**WHEREFORE**, the Defendant, Dustin Boone, respectfully requests that this Court GRANT his motion and allow him to travel to Phoenix, Arizona and stay with his parents between December 7th and December 13th, 2021.

/s/Justin A. Kuehn
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
justinkuehn@kuehnlawfirm.com

/s/STEPHEN C. WILLIAMS
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
Swilliams@kuehnlawfirm.com

## CERTIFICATE OF SERVICE

We hereby certify that on November 30, 2021, we electronically filed the MOTION TO TRAVEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Justin A. Kuehn
Kuehn, Beasley & Young P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
justinkuehn@kuehnlawfirm.com

/s/STEPHEN C. WILLIAMS
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
Swilliams@kuehnlawfirm.com