UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:18-CR-00975 ERW-1 |
| DUSTIN BOONE, | ) ) ) |
| Defendant. | ) |

## ORDER

On January 23, 2023, the United States Probation Office filed a letter as to Dustin Boone requesting Judge reassignment in the above styled cause.

**IT IS THEREFORE ORDERED** that the above styled cause is randomly reassigned to the Honorable Sarah E. Pitlyk.


January 23, 2023                                    GREGORY J. LINHARES
Date                                                         CLERK OF COURT

                                                              By: /s/ Katie Spurgeon
                                                                     Operations Manager


**In all future documents filed with the Court, please use the following case number: 4:18-CR-00975 SEP-1.**